UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 98-329 (TPJ) |
| | ) | |
| v. | ) | |
| | ) | |
| VINCENT HILL, ET. AL., | ) | |
| Defendant | ) | |

**FILED**
**JAN 1 9 2001**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:   Warden, FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 90026

You are directed to produce **THEODORE R. WATSON, (Fed. Reg. No. 36734-118 and DOB 9/27/40)**, presently in your custody, to the United States Marshal for the **District of Columbia** or one of his deputies in order to obtain the attendance of said prisoner, who is a necessary, material and competent witness in the above-captioned case for the purpose of **TESTIFYING** before this Court within the District of Columbia on **JANUARY 24, 2001** and, upon the conclusion of the proceedings herein, to return said defendant forthwith by the United States Marshal, or one of his deputies, to the institution from whence he came.

_____
UNITED STATES DISTRICT JUDGE

Date: __1-19-01__

---

Executed this writ in the above-entitled case on _____

UNITED STATES MARSHAL

By: _____
DEPUTY MARSHAL

---

Certified as a true copy on _____, 2001__

NANCY M. MAYER-WHITTINGTON, Clerk

By: _____
DEPUTY CLERK

AUSA's Name:  PETER ZEIDENBERG       Section & Phone No.: GANG PROSECUTION - 353-8831

Preparer's Name & Phone No. MARIE T. TAYLOR  202- 353-8803

530

# Memorandum

*United States Attorney*
*District of Columbia*



| Subject: | Date: |
|---|---|
| Writ of Habeas Corpus Ad Prosequendum/Testificandum | January 18, 2001 |

| To: | From: |
|---|---|
| U.S. Marshal's Office<br>Prisoner Movement Section | PETER ZEIDENBERG<br>GANG PROSECUTION<br>202-353-8831 |

JUDGE  THOMAS P. JACKSON
ROOM NUMBER  2429
DEFENDANT'S NAME : THEODORE R. WATSON
FEDERAL REG. NO. 37734-118  PRISONER NO. ___  DOB: 09/27/40  PLACE OF BIRTH DC
PDID # 187-318   SS # 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  FBI# _

LAST KNOWN ADDRESS:5338 B STREET, # 1 WASHINGTON, D.C.

PHYSICAL DESCRIPTION: RACE: BLACK ; SEX: MALE ; WEIGHT: 194 ; HEIGHT: 6'0" ;
COLOR OF EYES: BRO ; COLOR OF HAIR: BLK ; SCARS, MOLES, BIRTH MARKS, OTHER
IDENTIFYING MARKS: ___

USAO EMPLOYEE's NAME & PHONE NO.: MARIE T. TAYLOR (202) 353-8803

AUSA's NAME & PHONE NO.: PETER ZEIDENBERG 202-353-8831

NOTE:  DO NOT CONTACT THE COMMONWEALTH/STATE'S ATTORNEY:
       DO NOT MAKE ANY COMMITMENTS FOR RETURN BY A CERTAIN DATE.

INSTITUTION: FEDERAL CORRECTIONAL INSTITUTION
ADDRESS:    P.O. BOX 90026
            PETERSBURG, VA.

RECORDS OFFICER/CLERK CONTACTED (AND PHONE #): 410-535-4300
IS THE DEFENDANT SERVING A SENTENCE OF ANY KIND: YES
DATE PRISONER'S TIME EXPIRES AT INSTITUTION: ___
LOCATION(S) WHERE DEFENDANT MAY BE TRANSFERRED IN FORESEEABLE FUTURE: ___
DATE OF NEXT SCHEDULED COURT DATE IN ANY OTHER JURISDICTION, IF ANY: N/A
DETAINERS FROM ANY OTHER JURISDICTIONS: N/A
OTHER D.C. WARRANTS OR CASES OUTSTANDING: N/A
ESTIMATED TIME PRISONER NEEDED IN D.C.: AFTER COMPLETION OF TESTIMONY
PERSONS FROM WHOM PRISONER SHOULD BE SEPARATED: ___
APPROVED BY: SANDRA HOLLAND, 202-305-8668

RECEIVED

JAN 2 2 2001

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT