*Clerk's File* 1

```
 1              UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
 2

 3   _____
     UNITED STATES,               :
              GOVERNMENT,         :
 4                                :
      VS.                         :      CR. NO. 98-329 ✓
 5                                :
     VINCENT HILL,                :
 6   JEROME MARTIN,               :
     SAMUEL CARSON,               :
 7   WILLIAM K. SWEENEY,          :
     SEAN COATES,                 :
 8            DEFENDANTS.         :
     _____:
 9   UNITED STATES                :
              GOVERNMENT,         :
10                                :
      VS.                         :      CR. NO. 99-348
11                                :
     GARY PRICE,                  :
12            DEFENDANT           :
     _____:
13
                                 WASHINGTON, D. C.
14                               JULY 5, 2001
                                 (10:15 A.M.)
15                               (A. M. SESSION.)

16            TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE THOMAS P. JACKSON
17

18

19

20   COURT REPORTER:         PHYLLIS MERANA
                             6816 U. S. DISTRICT COURT
21                           3RD & CONSTITUTION AVE., N.W.
                             WASHINGTON, D. C. 20001
22

23

24

25
```

FILED

JUL 1 9 2001

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

730

```
 1   FOR THE GOVERNMENT:              PETER ZEIDENBERG, AUSA
                                     ANJALI CHATURVEDI, AUSA
 2                                   555 4TH ST., N.W.
                                     WASHINGTON, D. C. 20001
 3
     FOR THE DEFENDANT HILL:         CHRISTOPHER DAVIS, ESQ.
 4                                   601 INDIANA AVE., N.W.
                                     #910
 5                                   WASHINGTON, D. C.  20004

 6   FOR THE DEFENDANT MARTIN:       JOANNE HEPWORTH, ESQ.
                                     305 H STREET, N.W.
 7                                   2ND FLOOR
                                     WASHINGTON, D. C.  20001
 8

 9   FOR THE DEFENDANT CARSON:       JOSEPH BESHOURI, ESQ.
                                     LEXI NEGIN-CHRIST, ESQ.
10                                   419 7TH STREET, N.W.
                                     WASHINGTON, D. C.  20004
11
     FOR THE DEFENDANT SWEENEY:      STEVEN R. KIERSH, ESQ.
12                                   717 D STREET, N.W.
                                     SUITE 400
13                                   WASHINGTON, D. C.  20004

14
     FOR THE DEFENDANT COATES:       FREDERICK JONES, ESQ.
15                                   901 6TH STREET, S.W.
                                     #409
16                                   WASHINGTON, D. C.  20024

17   FOR THE DEFENDANT PRICE:        JONATHAN ZUCKER, ESQ.
                                     601 INDIANA AVE., N.W.
18                                   #901
                                     WASHINGTON, D. C.  20004
19

20

21

22

23

24

25
```

1                          I-N-D-E-X

2   REBUTTAL ARGUMENT ON BEHALF OF THE GOVERNMENT      PAGE 8

3        (CONTINUED.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4

1                    P-R-O-C-E-E-D-I-N-G-S

2              THE DEPUTY CLERK:  CRIMINAL CASE 98-329, UNITED

3    STATES OF AMERICA VERSUS VINCENT HILL, JEROME MARTIN, SAMUEL

4    CARSON, WILLIAM SWEENEY, AND SEAN COATES, AND CRIMINAL

5    99-348, UNITED STATES VERSUS GARY PRICE.

6              PETER ZEIDENBERG AND ANJALI CHATURVEDI FOR THE

7    GOVERNMENT.

8              CHRISTOPHER DAVIS FOR THE DEFENDANT SWEENEY.

9              JOANNE HEPWORTH FOR THE DEFENDANT MARTIN.

10             MR. BESHOURI AND ALEXANDRA NEGIN-CHRIST FOR THE

11   DEFENDANT CARSON.

12             STEVEN KIERSH FOR THE DEFENDANT SWEENEY.

13             FRED JONES FOR THE DEFENDANT COATES.

14             JONATHAN ZUCKER FOR THE DEFENDANT PRICE.

15             (DEFENDANTS AND COUNSEL WERE PRESENT.)

16             MR. ZEIDENBERG:  GOOD MORNING, YOUR HONOR.

17             MS. HEPWORTH:  GOOD MORNING, YOUR HONOR.

18             MS. NEGIN-CHRIST:  GOOD MORNING, YOUR HONOR.

19             MR. ZUCKER:  GOOD MORNING, JUDGE.

20             THE COURT:  GOOD MORNING, COUNSEL.

21             I AM GOING TO GIVE THE JURY THE OPTION AS TO

22   WHETHER OR NOT THEY WANT TO SIT TOMORROW, AS I HAVE DONE

23   BEFORE, ANTICIPATING THAT THEY WILL NOT.  AND IT IS LIKELY

24   THAT THE JURY INSTRUCTIONS, WHICH PRESUMABLY WILL START THIS

25   AFTERNOON, WILL CARRY OVER UNTIL MONDAY.

1        MR. ZUCKER:  THAT'S FINE.

2        YOUR HONOR, I HAD PLANS TO GO OUT OF TOWN TOMORROW

3   AFTERNOON.  IF THEY DO SIT, COULD I ASK THAT ANOTHER COUNSEL

4   STAND IN FOR ME AND I'LL BE AVAILABLE BY CELL PHONE?

5        THE COURT:  SURE.

6        MR. ZUCKER:  THANKS.

7        MS. HEPWORTH:  I ALSO HAVE OTHER MATTERS IN COURTS

8   ELSEWHERE SCHEDULED FOR FRIDAY.  I WANT TO JUST LET THE

9   COURT KNOW THAT.

10        THE COURT:  YOU AS WELL, MR. KIERSH?

11        MR. KIERSH:  NO.  I AM AVAILABLE TOMORROW.  I CAN

12   STAND IN FOR THE OTHER COUNSEL, TOO, TOMORROW FOR JURY

13   INSTRUCTIONS.

14        I ALSO WOULD ASK THAT YOUR HONOR ASK THE JURORS IF

15   THE DELIBERATIONS DRAG ON FOR WEEKS OR MONTHS, IF THEY WANT

16   TO SIT ON FRIDAYS REGULARLY SO THAT WE CAN MAKE PLANS FOR

17   SUCCESSIVE FRIDAYS.

18        THE COURT:  WE'LL DO THAT AT AN APPROPRIATE TIME.

19        MR. KIERSH:  OKAY.

20        THE COURT:  I DON'T WANT TO DEAL WITH MORE THAN

21   ONE DAY AT A TIME.

22        MR. KIERSH:  VERY WELL.

23        MR. DAVIS:  YOUR HONOR, I CAN MAKE ARRANGEMENTS TO

24   TO GET AROUND THIS, BUT IT'S GOING TO BE DIFFICULT.  I DO

25   HAVE TO LEAVE AT 2:30 TOMORROW.  IF ABSOLUTELY NECESSARY, I

1   CAN BE HERE, BUT I AM ASSUMING THAT IF WE START THE

2   INSTRUCTIONS, THAT WE PROBABLY WILL GET A GOOD WAY THROUGH

3   THEM TODAY.  SO PERHAPS MAYBE IF WE SIT TOMORROW, WE'LL SIT

4   JUST FOR A HALF DAY JUST TO WRAP UP THE INSTRUCTIONS.  IS

5   THAT WHAT YOUR HONOR IS THINKING?

6            THE COURT:  THAT'S POSSIBLE.

7            ARE YOU READY, MR. ZEIDENBERG?

8            MR. ZEIDENBERG:  YES.

9            THE COURT:  LET'S BRING THEM IN.

10            THE DEPUTY MARSHAL:  THE JURY PANEL, YOUR HONOR.

11            (JURY IN.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          (JURY IN.)

2          THE COURT:  GOOD MORNING, LADIES AND GENTLEMEN.

3          THE JURORS:  GOOD MORNING.

4          THE COURT:  I AM PLEASED TO SEE YOU ALL IN YOUR

5     PLACES.

6          AS YOU KNOW, MR. ZEIDENBERG WILL BE CONCLUDING HIS

7     REBUTTAL FOR THE GOVERNMENT THIS MORNING, AND IMMEDIATELY

8     AFTER THAT SHOULD FOLLOW JURY INSTRUCTIONS, WHICH WILL, I

9     FOREWARN YOU, TAKE SOME TIME TO GIVE YOU.

10         IT IS POSSIBLE, BUT UNLIKELY, THAT I WOULD FINISH

11    JURY INSTRUCTIONS THIS AFTERNOON.

12         AGAIN, I AM GOING TO ASK YOU AS TO YOUR PLEASURE

13    WITH RESPECT TO SITTING TOMORROW.  IF YOU WILL LET ME KNOW

14    AT NOONTIME, AFTER THE NOONTIME RECESS, WHETHER OR NOT YOU

15    WISH TO BE HERE TOMORROW, THAT WOULD ALLOW ALL OF US TO PLAN

16    BOTH FOR TOMORROW AND FOR THE WEEK FOLLOWING.

17         IF WE DO NOT CONCLUDE JURY INSTRUCTIONS TODAY AND

18    WE DO NOT SIT TOMORROW, THEN JURY INSTRUCTIONS WOULD

19    PROBABLY CONCLUDE ON MONDAY MORNING, AND YOU WOULD BEGIN

20    YOUR DELIBERATIONS MONDAY AFTERNOON, OR AS SOON THEREAFTER

21    AS THE JURY INSTRUCTIONS ARE COMPLETED.

22         IN ANY EVENT, CONFER AMONG YOURSELVES AND LET ME

23    KNOW AFTER THE NOONTIME RECESS WHETHER OR NOT YOU WOULD LIKE

24    TO SIT ON FRIDAY.

25         MR. ZEIDENBERG.

1        MR. ZEIDENBERG:  THANK YOU, YOUR HONOR.

2        GOOD MORNING, LADIES AND GENTLEMEN.

3        THE JURORS:  GOOD MORNING.

4    REBUTTAL ARGUMENT ON BEHALF OF THE GOVERNMENT (CONTINUED.)

5        MR. ZEIDENBERG:  LADIES AND GENTLEMEN, THE OTHER

6   DAY WHEN I WAS ADDRESSING YOU, I POSED A NUMBER OF

7   QUESTIONS, AND I AM GOING TO CONTINUE DOING THAT TODAY.  I

8   JUST WANT TO MAKE THIS COMMENT IN THE EVENT THAT IT WASN'T

9   CLEAR.

10       THE BURDEN OF PROOF IN THIS CASE IS ON THE

11   GOVERNMENT.  WE MUST PROVE EACH AND EVERY ELEMENT OF EACH

12   AND EVERY OFFENSE BEYOND A REASONABLE DOUBT.  JUDGE JACKSON

13   WILL INSTRUCT YOU THAT.

14       AND BY POSING THESE QUESTIONS, I DON'T MEAN IN ANY

15   WAY TO SUGGEST OTHERWISE.  THESE QUESTIONS THAT I AM

16   ASKING -- AND ASKING YOU TO ASK YOURSELVES -- ARE MEANT ONLY

17   TO HIGHLIGHT THE EVIDENCE, WHICH, IN OUR VIEW, THE DEFENSE

18   IN THIS CASE HAS COMPLETELY IGNORED AND THE EVIDENCE, WHICH,

19   IN OUR VIEW, PROVES THEIR CLIENTS', THESE DEFENDANTS', GUILT

20   BEYOND A REASONABLE DOUBT.  AND THAT IS ALL THAT I MEAN BY

21   POSING THESE QUESTIONS.

22       BEFORE I GET BACK TO ASKING THOSE, I WANT TO JUST

23   MAKE A COUPLE COMMENTS ABOUT COOPERATING WITNESSES -- THE

24   COOPERATING WITNESSES THAT YOU HEARD FROM IN THIS CASE.

25   SOME OF THEM ARE PICTURED ON THAT BOARD RIGHT THERE.

1          LADIES AND GENTLEMEN, REGINALD SWITZER, PAUL

2     FRANKLIN AND DONALD NICHOLS -- LET'S START WITH THEM.  AT

3     THE BEGINNING OF THIS CASE, THEY WERE ALL SEATED ON THIS

4     SIDE OF THE COURTROOM.  THEY WERE ALL CO-DEFENDANTS OF THESE

5     DEFENDANTS.  THEY WERE ALL CHARGED IN THE SAME CONSPIRACY,

6     RICO CONSPIRACY, NARCOTICS CONSPIRACY, CHARGED WITH

7     OBSTRUCTION OF JUSTICE, AND CHARGED WITH A WHOLE VARIETY OF

8     CRIMINAL ACTIVITY WITH THESE DEFENDANTS.

9          AND THEY CAME IN.  THEY CAME BEFORE JUDGE JACKSON

10    AND THEY ADMITTED THAT THEY WERE, IN FACT, GUILTY.  THEY

11    ADMITTED THAT THEY HAD DONE THE CRIMES WITH WHICH THEY WERE

12    ACCUSED.

13          NOW, DOES IT STRIKE YOU AS STRANGE OR AN

14    INCREDIBLE COINCIDENCE THAT THE GOVERNMENT IS PART OF A

15    CONSPIRACY TO CHARGE INNOCENT PEOPLE WITH CRIMES AND THAT

16    THOSE MEN CAME IN AND SAID, "YOU KNOW WHAT?  YOU WERE RIGHT.

17    WE DID DO THIS.  WE DID SELL MARIJUANA AS PART OF A

18    CONSPIRACY ON K STREET.  WE DID DISTRIBUTE OVER A THOUSAND

19    KILOS OVER THE TIME SPAN.  WE WERE INVOLVED IN VIOLENCE.  WE

20    WERE INVOLVED IN A BEEF WITH OTHER NEIGHBORHOODS"?

21          HOW IS IT, LADIES AND GENTLEMEN, THAT ONLY THE

22    PEOPLE THAT CAME IN AND ADMITTED THEIR GUILT WERE REALLY

23    GUILTY AND EVERYONE ELSE COMPLETELY INNOCENT?

24          MR. KIERSH:  OBJECTION, YOUR HONOR.

25          THE COURT:  OVERRULED.

1        MR. ZEIDENBERG:  I WANT TO EMPHASIZE THAT AGAIN,

2   LADIES AND GENTLEMEN.  THAT THOSE MEN THAT YOU HEARD FROM,

3   YOU HEARD AGAIN AND AGAIN IN THE DEFENSE CLOSING THAT THEY

4   ARE GETTING A FREE PASS TO GET OUT OF JAIL, AND THEY ARE NOT

5   TAKING RESPONSIBILITY, AND THEY ARE GETTING AWAY WITH IT.

6        NOTHING COULD BE FURTHER FROM THE TRUTH.  THEY

7   PLED GUILTY TO THOSE CRIMES.

8        JAMES MONTGOMERY -- HE PLED GUILTY TO SEVEN

9   MURDERS; REGINALD SWITZER, TWO MURDERS; AND PAUL FRANKLIN

10  AND DONALD NICHOLS, NARCOTICS CONSPIRACY AND OBSTRUCTION OF

11  JUSTICE.

12        HOW IS THAT GETTING AWAY WITH IT?  THEY ARE

13  GUILTY.  THEY ADMITTED IT.  HOW IS THAT AVOIDING

14  RESPONSIBILITY FOR THEIR ACTIONS?

15        DO THEY HOPE THEY WILL GET A BREAK IN SENTENCING

16  FROM JUDGE JACKSON?  THEY HOPE.  THEY HOPE.  BUT IT'S ONLY A

17  HOPE.  AND IT WILL BE UP TO JUDGE JACKSON TO DECIDE A FAIR

18  AND JUST SENTENCE FOR THEM.

19        REGINALD SWITZER SITS TODAY IN JAIL, AS HE HAS

20  SINCE HIS ARREST IN THIS CASE.  JAMES MONTGOMERY -- HE'S IN

21  JAIL.  THESE PEOPLE HAVE TAKEN RESPONSIBILITY FOR THEIR

22  ACTIONS AND HAVE PLED GUILTY.

23        NOW, I WANT YOU TO ASK YOURSELVES ANOTHER QUESTION

24  ABOUT THIS, AND THAT IS:  WHY IS IT THE DEFENSE BELIEVES

25  EVERYTHING THE COOPERATORS SAY WHEN THEY ADMIT THEIR OWN

1   ACTIONS --

2            MR. ZUCKER:  OBJECTION.

3            MR. ZEIDENBERG:  -- AND NOTHING THEY SAY WHEN THEY

4   EXPLAIN WHY THEY DID IT OR WHO THEY DID IT WITH?

5            LET ME GIVE YOU AN EXAMPLE.  MR. KIERSH GOT UP AND

6   SAID, JAMES MONTGOMERY -- HE IS A DESPICABLE PERSON.  YOU

7   SHOULD NOT BELIEVE A WORD HE SAYS, HE IS SUCH A DISGUSTING,

8   DESPICABLE HUMAN BEING."

9            WHY IS HE A DESPICABLE HUMAN BEING?  MR. KIERSH

10  SAYS -- ONE OF HIS EXAMPLES IS BECAUSE JAMES MONTGOMERY WENT

11  OUT TO TRY AND KILL SOME WOMAN WHO WAS IDENTIFIED AS WORM'S

12  MOTHER.  THAT'S ALL WE KNOW ABOUT THIS WOMAN.  SHE IS THE

13  MOTHER OF SOMEONE THEY KNEW AS "WORM."  AND MR. KIERSH SAID,

14  "CAN YOU IMAGINE THAT?  HE WENT OUT TO KILL THAT WOMAN EVEN

15  THOUGH SHE WASN'T SNITCHING ON JAMES MONTGOMERY."

16           WELL, WHY IS IT MR. KIERSH BELIEVES THAT AND NOT

17  THE REST OF THE STORY, WHICH IS THAT JAMES MONTGOMERY WENT

18  WITH SEAN COATES TO KILL WORM'S MOTHER, AND EVEN THE MORE

19  IMPORTANT FACT OF WHY THEY WERE GOING TO KILL WORM'S MOTHER.

20  BECAUSE SHE WAS A WITNESS -- NOT A WITNESS TO ANYTHING JAMES

21  MONTGOMERY DID, BUT A WITNESS TO SOMETHING THAT "DRAPER"

22  DID -- WILLIAM SWEENEY -- AND THAT COATES DID, AND THAT

23  VINCENT HILL DID.

24           WHY IS IT THAT HE SO READILY ACCEPTS JAMES

25  MONTGOMERY'S ADMISSION THAT "I WANTED TO KILL THIS WOMAN

1   BECAUSE SHE WAS A WITNESS," BUT ASKS YOU TO REJECT

2   COMPLETELY WHY THEY WANTED TO KILL HER AND WHAT SHE WAS A

3   WITNESS TO.

4           SHE WASN'T A WITNESS TO ANYTHING JAMES MONTGOMERY

5   DID.  HER MURDER WASN'T GOING TO BENEFIT HIM.  IT WAS GOING

6   TO BENEFIT HIS CREW.

7           MR. ZUCKER GOT UP AND SAID, "DONALD NICHOLS, `HARD

8   ROCK' AND PAUL FRANKLIN, `DIRTY MEAT -- DON'T BELIEVE A WORD

9   THEY SAID.  THEY'RE DISGUSTING HUMAN BEINGS.  THEY WENT OUT

10  TO TRY AND MURDER WITNESSES."

11          HE APPARENTLY BELIEVED THEM WHEN THEY TESTIFIED

12  THAT THEY WENT OUT TO TRY AND CONSPIRE TO KILL WITNESSES.

13          MR. ZUCKER:  OBJECTION TO THE COMMENT ON WHAT

14  COUNSEL BELIEVES.

15          THE COURT:  OVERRULED.

16          MR. ZEIDENBERG:  WELL, DONALD NICHOLS AND PAUL

17  FRANKLIN HAD NO PENDING CASES WHILE THIS WAS GOING ON.  THEY

18  GOT ARRESTED IN THIS CASE, BUT WHEN THEY WERE OUT IN '96 AND

19  '97, AS MR. ZUCKER SAYS, TRYING TO KILL WITNESSES, THEY

20  DIDN'T HAVE A CASE.

21          SO WHO WERE THEY TRYING TO KILL WITNESSES FOR, IF

22  NOT FOR THEMSELVES?  THEY WERE TRYING TO KILL WITNESSES FOR

23  THEIR CREW -- FOR THESE DEFENDANTS.

24          THERE IS ANOTHER POINT ABOUT THE COOPERATORS, AS

25  FAR AS MR. ZUCKER WAS CONCERNED, BECAUSE HE SPENT A GREAT

1   DEAL OF TIME IN HIS CLOSING TALKING ABOUT THE COOPERATING

2   WITNESSES AND TELLING YOU HOW JAMES MONTGOMERY WAS THE

3   BIGGEST, MOST DISREPUTABLE LIAR IMAGINABLE, AND YOU COULD

4   NOT BELIEVE A WORD HE SAID.

5        BUT WHAT DID JAMES MONTGOMERY SAY ABOUT GARY

6   PRICE?  "I DON'T KNOW GARY PRICE.  I NEVER EVEN SEEN THE GUY

7   BEFORE, EXCEPT I HAD SEEN HIM AROUND THE NEIGHBORHOOD.  I

8   DON'T KNOW ABOUT ANY CRIMINAL ACTIVITY HE'S INVOLVED IN."

9        IS HE LYING WHEN HE SAYS THAT?  WHY IS IT THAT

10  THESE PEOPLE ALL LIE, ACCORDING TO MR. ZUCKER, BECAUSE THEY

11  WILL SAY ANYTHING TO PLEASE THE GOVERNMENT AND YET, AS

12  MR. ZUCKER POINTS OUT, GARY PRICE'S NAME DOESN'T APPEAR ON

13  ANY OF THESE PLACARDS -- ANY OF THESE BOARDS THAT WE HAVE

14  SHOWN YOU, EXCEPT FOR THE NARCOTICS CONSPIRACY?

15       IF THOSE CONSPIRATORS WERE SUCH LIARS, COULDN'T

16  THEY HAVE SAID, "OH, YEAH, GARY PRICE WENT ON SOME RIDE-BYS

17  WITH US.  OH, GARY PRICE -- YEAH, I SAW HIM SHOOT AT A GUY

18  ONCE.  A GUY DROVE DOWN K STREET, AND HE BLASTED AWAY."

19       COULDN'T THEY HAVE SAID THAT IF, AS SOME DEFENSE

20  COUNSEL HAVE SUGGESTED, WE'RE JUST PASSING OUT SCRIPTS, OR

21  WE'RE JUST TELLING THEM WHAT TO SAY, OR THEY WILL JUST SAY

22  WHATEVER IT IS WE WANT THEM TO SAY?

23       AND WHAT ABOUT THIS?  MR. DAVIS, VINCENT HILL'S

24  LAWYER, SAYS THIS WHOLE INVESTIGATION BEGAN BECAUSE AGENT

25  LISI DOESN'T LIKE VINCENT HILL BECAUSE VINCENT HILL IS

1   OBNOXIOUS.

2          FRED JONES -- MR. JONES, SEAN COATES LAWYER, SAID

3   THE SAME THING.  THAT IN '95 OR '96, AGENT LISI GOT INTO

4   SOME SHOUTING MATCHES WITH VINCENT HILL, AND THAT'S WHY

5   WE'RE ALL HERE TODAY.  THAT THEY FABRICATED THIS WHOLE OR

6   CONSTRUCTED THIS WHOLE INVESTIGATION BECAUSE AGENT LISI

7   DOESN'T LIKE VINCENT HILL.

8          WELL, IF THAT WERE THE CASE, HOW COME JAMES

9   MONTGOMERY DOESN'T KNOW ABOUT A SINGLE HOMICIDE VINCENT HILL

10  WAS INVOLVED IN?  THE ONLY ACT OF VIOLENCE JAMES MONTGOMERY

11  KNEW ABOUT AS FAR AS VINCENT HILL WAS THE "WYSOCKI"

12  KIDNAPPING.  NOT A SINGLE MURDER.

13         WHY, IF IT WAS JAMES MONTGOMERY WE WERE USING, AS

14  MR. JONES SUGGESTED, TO CONSTRUCT THIS WHOLE THING TO POINT

15  THE FINGER AT VINCENT HILL IS HE ONLY CHARGED IN A SINGLE

16  MURDER?  DOES THAT FIT WITH THE DEFENSE THEORY?

17         NOW, ONE OF THE THINGS THAT THE DEFENSE ATTORNEYS

18  HAVE SAID IS EVIDENCE THAT YOU SHOULD USE TO CONCLUDE THAT

19  THE COOPERATORS ARE LYING IS THAT THEY GOT THEIR DATES

20  WRONG, AND BECAUSE THEY HAVE THEIR DATES WRONG, YOU KNOW

21  THAT THEY ARE LIARS, AND IF THEY WILL LIE ABOUT THAT, THEY

22  WILL LIE ABOUT ANYTHING.

23         I AM NOT GOING TO GO THROUGH EACH AND EVERY

24  EXAMPLE BECAUSE IT IS TOO TIME-CONSUMING, BUT I WANT TO

25  POINT OUT A FEW OF THEM TO YOU TO LET YOU KNOW YOU CAN'T

1   TAKE THESE ASSERTIONS AT FACE VALUE.

2            REMEMBER WHAT MR. JONES SAID IN HIS CLOSING.

3   "IT'S EASY TO MAKE ALLEGATIONS."  IT'S EASY, BUT YOU NEED

4   THE FACTS.  YOU NEED THE PROOF.

5            MR. KIERSH GOT UP AND SAID THAT MANUTE SOWELLS IS

6   A LIAR AND YOU KNOW HE IS A LIAR BECAUSE HE SAID THAT HIS

7   CLIENT, WILLIAM SWEENEY, WAS SELLING MARIJUANA IN THE SUMMER

8   OF '96 AND, IN FACT, MR. SWEENEY WAS INCARCERATED IN THE

9   SUMMER OF '96.  SO, THEREFORE, DISCREDIT EVERYTHING MANUTE

10  TOLD YOU.  HE IS A LIAR.

11           WELL, IF YOU ARE INTERESTED AND YOU CARE, OR THIS

12  CONCERNS YOU, I SUGGEST YOU GO BACK AND LOOK AT THE

13  CROSS-EXAMINATION OF MANUTE SOWELLS.  READ IT CAREFULLY, AND

14  WHAT YOU WILL SEE IS THAT WHEN MR. SOWELLS WAS ASKED ON

15  CROSS-EXAMINATION BY MR. KIERSH, "DID YOU SEE MY CLIENT

16  SELLING IN THE SUMMER" -- STRIKE THAT -- "DID YOU SEE MY

17  CLIENT SELLING IN '96?" MR. SOWELLS SAID, "YES."  AND HE

18  SAID "WHEN"?  HE SAID, "I DON'T KNOW THE EXACT MONTH, BUT IT

19  WAS IN THE SPRING.  THE SPRINGTIME."

20           "WHAT MONTH?" ASKED MR. KIERSH.  HE KEPT PRESSING

21  HIM.  "WHAT MONTH"?  "I DON'T KNOW THE EXACT MONTH, BUT IT

22  WAS THE SPRINGTIME."

23           AND AGAIN, AND AGAIN, AND AGAIN, MR. KIERSH TRIED

24  TO PIN HIM DOWN, LIKE A GOOD LAWYER.  THEN THERE IS A

25  RECESS.  AND AFTER THE RECESS -- AND AGAIN, ALL THAT HE GOT

1   FROM MANUTE AT THAT TIME WAS THAT IT WAS THE SPRING OF '96.

2           AFTER THE RECESS, WE COME BACK, AND MR. KIERSH

3   SAYS, "SPRING OF '96.  SPRING INCLUDES APRIL, MAY AND JUNE,

4   DOESN'T IT?  DOESN'T THAT ENCOMPASS THE SPRING?"  HE SAID,

5   "YES, IT DOES."

6           AND MR. KIERSH SLIPS THIS ONE PAST HIM.  "SO YOU

7   SAW MY CLIENT IN JUNE OF '96 SELLING MARIJUANA?"  AND MANUTE

8   SAID, "YES."  AND MR. KIERSH JUMPED UP AND SAID, "AHA, HE

9   WAS IN JAIL BECAUSE HE GOT ARRESTED APRIL 20TH, '96," WHICH,

10  OF COURSE, IS THE SPRING OF '96.

11          AND BY THAT -- BY BEING ABLE TO TRICK SOMEONE UP

12  ON THE STAND, MR. KIERSH SAYS THAT'S EVIDENCE THAT HE'S A

13  LIAR.

14          I WANT TO SUGGEST THAT ISN'T EVIDENCE OF LYING ANY

15  MORE THAN WHEN MR. SEAN OWENS -- DO YOU REMEMBER SEAN OWENS?

16  HE WAS A WITNESS CALLED BY MR. KIERSH TO EXPLAIN THAT HE HAD

17  TAKEN WILLIAM SWEENEY UP TO THE SCENE OF THE TRIPLE HOMICIDE

18  SOMETIME IN '96.  DO REMEMBER THAT INDIVIDUAL?

19          THAT MAN -- I ASKED HIM, "WHEN DID YOU DO THIS?

20  WHEN DID YOU TAKE MR. SWEENEY UP THERE?"  HE SAID, "I DON'T

21  REMEMBER THE EXACT DATE, BUT IT WAS HOT OUTSIDE."  I SAID,

22  "SO YOU THINK THE SUMMERTIME?"  HE SAID, "YEAH, I THINK IT

23  WAS THE SUMMERTIME."  I SAID, "COULD IT HAVE BEEN THE

24  SPRINGTIME?"  HE SAID, "YEAH, IT COULD HAVE BEEN THE

25  SPRINGTIME."

1        AND MR. KIERSH JUMPS UP ON REDIRECT AND SAYS,

2    "COULD IT HAVE BEEN THE FALL?"  AND HE SAID, "YEAH, IT COULD

3    HAVE BEEN THE FALL."

4        SO WE HAVE GOT THREE OUT OF FOUR SEASONS FROM

5    MR. OWENS.  HE DOESN'T REMEMBER WHEN PRECISELY.  DOES THAT

6    MEAN YOU KNOW HE IS LYING?  NO, IT MEANS THAT HIS MEMORY IS

7    NOT VERY PRECISE.  HE MAY BE LYING, BUT YOU CAN'T CONCLUDE

8    THAT ANYMORE THAN YOU COULD CONCLUDE FROM MANUTE SOWELLS

9    THINKING BACK AND SAYING THE SPRING OF '96, WHEN, IN FACT,

10   SWEENEY WAS OUT IN THE SPRING OF '96.

11       I WILL GIVE YOU ONE OTHER EXAMPLE OR TWO OTHER

12   EXAMPLES.  MR. KIERSH SAYS ARTHUR RICE IS A LIAR BECAUSE HE

13   WAS -- ARTHUR RICE TESTIFIED HE WAS ARRESTED IN APRIL OF

14   '95 -- I'M SORRY -- APRIL OF '94, AND THEN SIX OR SEVEN

15   MONTHS LATER, HE TALKED TO "DRAPER," WILLIAM SWEENEY, IN THE

16   JAIL AND SWEENEY CONFESSED TO HIM.  AND MR. KIERSH SAID,

17   "WELL, THAT'S A LIE.  IT COULDN'T HAVE HAPPENED."

18       WELL, IN FACT, MR. SWEENEY WAS ARRESTED SEVEN

19   MONTHS LATER, NOVEMBER 1ST, 1996, JUST AS ARTHUR RICE HAD

20   SAID.

21       SO SIMPLY BECAUSE AN ATTORNEY ASSERTS A FACT, "HE

22   IS A LIAR," YOU HAVE TO LOOK A LITTLE BIT DEEPER AT THE

23   FACTS.  IT IS EASY TO MAKE CHARGES.

24       AND, FINALLY, I WANT TO TALK NOT ABOUT DATES, BUT

25   ABOUT A CREDIBILITY ISSUE, AND I WANT TO ADDRESS THIS

1  BRIEFLY -- THE ISSUE THAT MR. BESHOURI SPENT A GOOD DEAL OF

2  TIME ON WITH ARTHUR RICE.

3       HE SAID ARTHUR RICE IS A LIAR BECAUSE HE TOLD

4  ABOUT AN INCIDENT IN WHICH SAM CARSON CAME BACK HOLDING A

5  KNAPSACK AND SAID THAT HE HAD JUST ROBBED OR AT LEAST THE

6  INFERENCE WAS THAT HE HAD JUST ROBBED A JAMAICAN DRUG

7  DEALER, AND HE HAD A BAG FULL OF MONEY -- A KNAPSACK FULL OF

8  MONEY.

9       MR. BESHOURI COMES IN WITH A FEW TRANSCRIPTS OF

10 THREE INDIVIDUALS WHO WERE CHARGED WITH WHAT TURNED OUT TO

11 BE, IN FACT, A HOMICIDE.  THAT JAMAICAN DRUG DEALER -- IT

12 APPEARED THAT HE WAS A DRUG DEALER -- THAT JAMAICAN

13 INDIVIDUAL, WHOEVER HE WAS, WAS, IN FACT, KILLED.  THREE

14 PEOPLE WERE PROSECUTED.

15      AND MR. BESHOURI SAYS THAT PROVES THAT ARTHUR RICE

16 IS A LIAR BECAUSE IT PROVES SAM CARSON WASN'T INVOLVED.  AND

17 I SUGGEST TO YOU IT PROVES NOTHING OF THE SORT.  IT PROVES

18 THAT THE INCIDENT HAPPENED, AND IT PROVES THAT THOSE THREE

19 PEOPLE WERE INVOLVED, BUT I SUGGEST TO YOU IT DOES NOT IN

20 ANY WAY PROVE THAT SAM CARSON WASN'T ALSO INVOLVED.

21      IT PROVES THAT WE DIDN'T KNOW ABOUT IT BACK IN

22 1996 WHEN THAT CASE WAS PROSECUTED.  AND I SUGGEST TO YOU

23 IT'S EVIDENCE THAT SAM CARSON WAS INVOLVED IN YET ANOTHER

24 MURDER THAT WAS NOT CHARGED IN THIS CASE.  IT IS NOT PROOF

25 OF ANY KIND THAT ARTHUR RICE WAS LYING OR NOT TELLING THE

1   TRUTH ABOUT IT, BUT ONLY THAT THE POLICE, BACK IN 1996, DID

2   NOT KNOW OF SAM CARSON'S INVOLVEMENT IN THAT ROBBERY AND

3   MURDER.

4          THERE IS ONE MORE I HAVE GOT TO TALK ABOUT, AND I

5   AM GOING TO MOVE ON FROM THIS SUBJECT.  AND THAT IS

6   SOMETHING THAT I AM SURE HAS CAUGHT YOUR ATTENTION.  AND

7   THAT WAS THE INCIDENT WHICH EUGENE BYARS TESTIFIED THAT HE

8   WAS OUT ON THE STREET -- I BELIEVE IT WAS '97 -- AND SAW SAM

9   CARSON AND JEROME MARTIN TOGETHER.

10          AND YOU SAW A DIAGRAM OR A CHART BY THE DEFENSE

11   THAT WAS INTRODUCED THAT SHOWED CARSON AND MARTIN NEVER MADE

12   THE STREET TOGETHER AT THE SAME TIME.  THEY CAME WITHIN A

13   WEEK OF BEING OUT ON THE STREET AT THE SAME TIME.  AND THE

14   DEFENSE HAS SAID TO YOU THAT, THEREFORE, YOU KNOW THAT

15   EUGENE BYARS IS A LIAR AND YOU SHOULDN'T BELIEVE A WORD THAT

16   HE SAYS.

17          WELL, I WANT TO REMIND YOU, LADIES AND GENTLEMEN,

18   WHAT THE SOURCE OF THOSE JAIL RECORDS ARE.  I AM SORRY.

19   THAT WAS IN 1996 THAT THAT CONVERSATION IS SUPPOSED TO HAVE

20   HAPPENED.  HERE IS GOVERNMENT'S EXHIBIT M150.

21          MS. HEPWORTH:  OBJECTION.

22          THE COURT:  DO YOU WANT TO APPROACH THE BENCH?

23          (BENCH CONFERENCE.)

24

25

1          (BENCH CONFERENCE.)

2          MS. HEPWORTH:  THE SOURCE OF THESE RECORDS IS NOT

3    THE D. C. JAIL.  THE SOURCE OF THESE RECORDS IS THE FEDERAL

4    PRISON SYSTEM.  AND THOSE ARE THE RECORDS THAT WE INTRODUCED

5    AND THE GOVERNMENT STIPULATED TO.  MR. ZEIDENBERG IS

6    MISSTATING THE RECORD.

7          THE COURT:  I DON'T THINK HE SAID IT WAS THE D. C.

8    JAIL.

9          MS. HEPWORTH:  HE IS ABOUT TO SHOW THE D. C. JAIL

10   RECORDS.

11         THE COURT:  HE HAS GOT AN EXHIBIT IN EVIDENCE.  HE

12   CAN REFER TO THE TEXT OF THE EXHIBIT.  HE HAS SAID NOTHING

13   MISLEADING AS TO THE SOURCE OF THE DATA.

14         THE OBJECTION IS OVERRULED.

15         MR. BESHOURI:  I HAVE ONE MATTER BRIEFLY.  THIS

16   MAY HAVE JUST BEEN A MISSTATEMENT BY MR. ZEIDENBERG AS TO

17   THE TIMEFRAME WE'RE TALKING ABOUT.  THE YEAR IS 1997.

18         MR. ZEIDENBERG:  I CORRECTED IT.  I WILL CORRECT

19   IT AGAIN.

20         THE COURT:  OKAY.

21         (END OF BENCH CONFERENCE.)

22

23

24

25

1          (END OF BENCH CONFERENCE.)

2          MR. ZEIDENBERG:  AGAIN, THE TIMEFRAME WAS '97, NOT

3   '96.  HERE ARE THE JAIL RECORDS FOR JEROME MARTIN FROM THE

4   D. C. JAIL.  THIS IS WHAT WAS GOING TO BE INTRODUCED TO YOU

5   AS EVIDENCE IN THIS CASE AS TO THE DATES OF MR. MARTIN'S

6   INCARCERATION AT THE D. C. JAIL BEFORE MS. NEGIN-CHRIST

7   CAUGHT A MISTAKE, AND THEN YOU GOT DIFFERENT DATES.

8          AND IF YOU JUST LOOK, YOU CAN GO DOWN THE

9   LEFT-HAND COLUMN AND SEE THERE ARE SIX DATES ON THE

10  LEFT-HAND SIDE.  ON THE ACTUAL DATES -- OR AT LEAST THE

11  ALLEGED ACTUAL DATES AND WHAT HAD BEEN ORIGINALLY PROFFERED

12  AS THE REAL DATES -- THERE ARE ONLY FIVE.

13          AND I COMMEND THAT TO YOU TO SHOW YOU THAT THE

14  PEOPLE WHO KEEP THESE RECORDS MAKE MISTAKES LIKE ALL OF US.

15  LIKE I SAID IT WAS 1996, AND IT WAS 1997.  AND THAT

16  INDIVIDUAL WHO CAME FROM THE D. C. JAIL -- BELIEVE ME, WE'RE

17  NOT SUGGESTING THAT HE IS A LIAR, BUT, AS HE SAID, HE COPIED

18  THE INFORMATION DOWN WRONG.  IT'S A MISTAKE.

19          THERE ARE MISTAKES THAT HAPPEN.  YOU HEARD THAT A

20  WITNESS IN THE GOVERNMENT'S CASE, DEMETRIUS HUNTER,

21  "MEECHIE", WAS CHARGED WITH FIRST DEGREE MURDER AT D. C.

22  JAIL AND HELD WITHOUT BOND.

23          ON JANUARY 1 OF 1998, HE WENT TO -- HE WAS SENT TO

24  A GROUP HOME IN THE DISTRICT.  HE DIDN'T KNOW WHY.  HE KNEW

25  IT WAS A MISTAKE AND, OF COURSE, HE LEFT.  IT DIDN'T TAKE

1   HIM LONG TO TAKE ADVANTAGE OF IT.

2          YOU HAVE HEARD ABOUT OTHER MISTAKES OF THE SAME

3   TYPE.  AN INDIVIDUAL NAMED OSCAR VEALE, WHO WAS CHARGED WITH

4   NUMEROUS MURDERS -- HE GOT LET OUT OF THE D. C. JAIL BY

5   MISTAKE.

6          SO MISTAKES HAPPEN.  MISTAKES HAPPEN.  RECORDS,

7   BECAUSE THEY ARE WRITTEN DOWN ON A PIECE OF PAPER, ARE NOT

8   NECESSARILY ACCURATE.

9          THAT IS POINT ONE.  AND THE OTHER POINT, LADIES

10  AND GENTLEMEN, IS SIMPLY THIS.  THE CONVERSATION MR. BYARS

11  HAD WAS WITH JEROME MARTIN.  HE SAID SAM CARSON WAS THERE,

12  BUT HIS CONVERSATION WAS WITH MARTIN, "PIMP."

13         AND HE CLEARLY RECALLED SAM CARSON BEING THERE,

14  BUT IS IT POSSIBLE HE WAS MISTAKEN?  IT IS.  AND THE FACT

15  THAT HE IS OR MAY HAVE BEEN DOES NOT MEAN YOU HAVE TO

16  DISREGARD EVERYTHING ELSE THAT HE TESTIFIED ABOUT.  YOU HAVE

17  TO LOOK AT IT IN CONTEXT.

18         LADIES AND GENTLEMEN, I WANT TO GET BACK TO THE

19  CHARGES.  I WANT TO TALK A LITTLE BIT ABOUT THE CONSPIRACY

20  TO MURDER KENNY ADAMS.  AND THE QUESTION I WANT TO START

21  WITH IS HOW DID JAMES MONTGOMERY KNOW WHERE KENNY ADAMS

22  LIVED.  AND A FOLLOW-UP TO THAT IS WHY WOULD HE CARE?

23         KENNY ADAMS WAS A WITNESS IN A MURDER WHERE

24  MAURICE PROCTOR, "POO POO", WAS CHARGED.  HE WASN'T A

25  WITNESS AGAINST JAMES MONTGOMERY FOR ANYTHING.  SO WHY WOULD

1    JAMES MONTGOMERY HAVE BEEN TRYING TO KILL HIM?  WHY DID

2    JAMES MONTGOMERY FIND OUT WHERE HE LIVED?

3         AND YOU KNOW HE FOUND OUT WHERE HE LIVED BECAUSE

4    HE POINTED OUT THE ADDRESS TO AGENT LISI.  AGENT LISI DIDN'T

5    EVEN KNOW THE ADDRESS.  HOW DID HE FIND IT OUT?  WHY DID HE

6    FIND IT OUT?  WHY DID HE CARE?  IF KENNY ADAMS WASN'T GOING

7    TO BE A WITNESS AGAINST JAMES MONTGOMERY, WHY WOULD JAMES

8    MONTGOMERY GO TO THE BOTHER OF FINDING OUT THE LOCATION OF A

9    WITNESS WHO HAS BEEN MOVED AND HIDDEN?  ISN'T THE ANSWER

10   OBVIOUS?  BECAUSE HE WANTS TO HELP OUT HIS CREW.

11        THE DEFENSE WENT ON AND ON IN THEIR CLOSINGS ABOUT

12   HOW THERE ISN'T CORROBORATION.  LADIES AND GENTLEMEN, ONE

13   THING THEY DIDN'T GO ON AND ON ABOUT IS GOVERNMENT'S EXHIBIT

14   PD-427.

15        AND, AS MR. KIERSH SUGGESTED, TAKE A LOOK AT THAT

16   TICKET BECAUSE IT'S NOT AS HE TOLD YOU, A TICKET GIVEN TO

17   JAMES MONTGOMERY.  IT WAS A TICKET GIVEN TO SAM CARSON.  IT

18   WAS A TICKET GIVEN TO HIM ON APRIL 2ND, 1997 -- I AM

19   SORRY -- APRIL 23RD, 1997 AT 7:02 A. M.

20        REMEMBER WHAT JAMES MONTGOMERY TOLD YOU ABOUT WHAT

21   THEY DID WHEN THEY WOULD GO OUT LOOKING FOR KENNY ADAMS.

22   THEY WOULD GET UP VERY EARLY IN THE MORNING, 5:00 OR 5:30 IN

23   THE MORNING, AND GO GET SOMETHING TO EAT.  IT WAS LIKE A

24   JOB.  GO OUT BEFORE BREAKFAST, GET SOMETHING TO EAT AND

25   DRIVE TO VIRGINIA.  IT WAS ABOUT A 45-MINUTE DRIVE.

24

1    THEY GET OUT TO VIRGINIA.  THEY LOOK FOR THE GUN

2    THAT THEY HAD STASHED BECAUSE IN CASE THEY GET STOPPED LIKE

3    THIS BY A TROOPER OR BY A POLICE OFFICER, THEY DON'T WANT A

4    GUN ON THEM IN VIRGINIA.

5         THEY HIDE THE GUN OUT THERE.  THEY LOOK FOR THE

6    GUN.  THEY CAN'T FIND IT.  WELL, WHAT ARE THEY GOING TO DO

7    IN VIRGINIA WITHOUT A GUN?  THEY MAY AS WELL COME HOME.  AND

8    THEY ARE STOPPED, HEADED TO D. C. AT 7:00 O'CLOCK IN THE

9    MORNING.

10        NOW, JAMES MONTGOMERY TOLD THE POLICE, THE F.B.I.,

11   AND YOU ALL ABOUT THAT ACTIVITY.  THE POLICE, ACTING

12   INDEPENDENTLY, EXECUTE A SEARCH WARRANT AT SAM CARSON'S

13   HOUSE.  AND THIS IS WHAT THEY FIND.  (INDICATING.)  HOW DID

14   THEY KNOW?

15        JAMES MONTGOMERY TOLD AGENT LISI THAT THEY HAD

16   GOTTEN STOPPED FOR A SEAT-BELT VIOLATION ONE MORNING.  HOW

17   DID HE KNOW THAT IF HE WASN'T WITH THEM?

18        DO YOU THINK SAM CARSON CALLED UP JAMES MONTGOMERY

19   AND SAID, "HEY, JAMES, YOU WILL NEVER BELIEVE WHAT HAPPENED

20   TO ME.  I GOT A TICKET THE OTHER DAY, A SEAT-BELT TICKET,

21   $25.00," OR DO YOU THINK JAMES MONTGOMERY WAS WITH HIM WHEN

22   IT HAPPENED, AND THAT'S HOW HE KNEW?"

23        WHAT WAS SAM CARSON DOING AT 7:00 O'CLOCK IN THE

24   MORNING DRIVING BACK TO D. C. FROM THE AREA OF CENTREVILLE,

25   VIRGINIA?  WHAT DO YOU THINK, LADIES AND GENTLEMEN?  THAT'S

1   WHERE KENNY ADAMS LIVED.

2           ANOTHER POINT THAT WASN'T USED OR REFERRED TO AT

3   ALL BY THE DEFENSE, HOW DID "BUTCHIE", ROBERT SMITH, KNOW

4   ABOUT THIS ATTEMPT ON KENNY ADAMS' LIFE?  REMEMBER, THAT'S

5   THE REASON KENNY ADAMS IS STILL ALIVE TODAY BECAUSE

6   "BUTCHIE" CALLED AGENT LISI.  AGENT LISI WAS OUT OF THE

7   COUNTRY.  HE GETS A PAGE.  HE SPEAKS TO "BUTCHIE."

8   "BUTCHIE" SAYS, "YOU'D BETTER MOVE HIM BECAUSE THEY ARE

9   GOING TO KILL HIM.  THEY FOUND OUT WHERE HE LIVES."

10          AND, SURE ENOUGH, THEY HAD FOUND OUT WHERE HE

11  LIVED.  HOW DID "BUTCHIE" KNOW THIS IF HE HADN'T BEEN

12  TALKING TO DRAPER?

13          AND, FINALLY, ABOUT THAT TICKET, MR. BESHOURI

14  COMPLAINED THAT WE DID NOT HAVE SUFFICIENT CORROBORATION.

15  AND HE SAID, FOR INSTANCE, THE TRIPLE MURDER, WE SHOULD HAVE

16  BROUGHT IN THE GUY OUT ON THE STREET WHO WAS SMOKING A

17  CIGARETTE, WHO COULD HAVE TESTIFIED THERE WAS ACTUALLY A

18  GREEN VAN OUT ON THE STREET THAT NIGHT.

19          THAT'S THE KIND OF CORROBORATION HE SAYS YOU ALL

20  NEED TO PROVE BEYOND A REASONABLE DOUBT, OR WE NEED TO PROVE

21  BEYOND A REASONABLE DOUBT THESE DEFENDANTS' GUILT.

22          WOULD THAT HAVE HELPED YOU, KNOWING THAT THERE WAS

23  ACTUALLY A VAN OUT ON THE STREET, OR IS THIS THE TYPE OF

24  EVIDENCE THAT HELPS YOU AND THAT PROVES CONCLUSIVELY AND

25  BEYOND ANY DOUBT THAT JAMES MONTGOMERY WAS TELLING THE TRUTH

1   ABOUT WHAT THEY WERE DOING OUT IN CENTREVILLE, TRYING TO

2   KILL KENNY ADAMS.   (HOLDING UP DOCUMENT.)

3        THE MURDER OF GLENN JENKINS.   MR. JONES SPENT A

4   LITTLE BIT OF TIME ON THIS, AND HE TOLD YOU THAT THERE IS

5   NOT ENOUGH -- THERE IS NOT ENOUGH EVIDENCE FROM WHICH YOU

6   CAN CONVICT IN THIS CASE.

7        WELL, ONE PART OF THE EVIDENCE THAT BOTH HE AND

8   MR. KIERSH COMPLETELY IGNORED IS THE FACT THAT THERE WAS A

9   "BEEF" GOING ON.

10       YOU HAVE TO PUT THE EVIDENCE IN THE CONTEXT OF ALL

11  OF THE EVIDENCE.   THERE WAS A "BEEF" GOING ON BETWEEN CONDON

12  TERRACE AND SOUTHWEST.   YOU HEARD ABOUT THAT.   EVERYBODY IN

13  THE CITY WAS AWARE OF IT.

14       AT THE TIME OF THIS MURDER, THE DAY BEFORE THE

15  MURDER, PAUL FRANKLIN AND REGINALD SWITZER ARE SHOT.   PAUL

16  FRANKLIN IS MET IN THE HOSPITAL BY SEAN COATES.   SEAN COATES

17  SAYS, "DON'T WORRY.   ME AND `SHORTY' WENT OVER THERE AND

18  TOOK CARE OF IT."

19       AND YOU KNOW, OF COURSE, THAT GLENN JENKINS WAS

20  MURDERED IN A RIDE-BY THAT VERY NIGHT, JUST PRIOR TO THAT

21  VISIT IN THE HOSPITAL.

22       NOW, MR. JONES POUNDS THE TABLE, SO TO SPEAK, AND

23  SAYS "NOT ENOUGH EVIDENCE, NOT ENOUGH EVIDENCE, NOT ENOUGH

24  EVIDENCE."   AND IT CERTAINLY ISN'T AS MUCH EVIDENCE AS YOU

25  HAVE HEARD IN OTHER CASES -- FOR INSTANCE, THE TRIPLE

1   MURDER, WHERE YOU HAVE A FINGERPRINT, OR THE KIDNAPPING,

2   WHERE YOU HAVE "BIRDIE'S" FINGERPRINT, OR THE 60TH AND EAST

3   CAPITOL SHOOTING, WHERE YOU HAVE JAMES MONTGOMERY'S

4   FINGERPRINTS, ALONG WITH CARSON'S AND JEROME MARTIN'S.

5           IT'S NOT AS MUCH PHYSICAL EVIDENCE, BUT WHAT HE

6   DOESN'T ANSWER FOR YOU IS WHAT DOES THAT STATEMENT MEAN:

7   "ME AND `SHORTY' WENT OVER THERE AND TOOK CARE OF IT FOR

8   YOU"?

9           IN THE CONTEXT OF WHAT YOU KNOW, AND THAT THERE

10  WAS A RIDE-BY SHOOTING, DO YOU THINK THAT SEAN COATES MEANT

11  BY THAT STATEMENT, "LOOK, WE WENT UP TO CONDON TERRACE.  WE

12  EXPLAINED WHY WE WERE UPSET WITH THEM.  WE TOLD THEM WE

13  REALLY DON'T APPRECIATE THEM DRIVING THROUGH OUR

14  NEIGHBORHOOD SHOOTING.  WE REALLY WANT TO SIT DOWN AND TALK.

15  WE JUST WANT TO BE FRIENDS"?

16          IN THE CONTEXT OF WHAT YOU HAVE HEARD, IS THAT

17  WHAT YOU BELIEVE THAT STATEMENT MEANT?

18          AND IF WE WERE GIVING OUT SCRIPTS, AS MS. CHRIST

19  SAID, WOULDN'T WE HAVE JUST TOLD PAUL FRANKLIN, "MR.

20  FRANKLIN, YOU HAVE GOT TO SPELL IT OUT.  JUST SAY `BIRDIE'

21  CAME IN AND SAID, `WE KILLED GLENN JENKINS.  HE WAS RUNNING

22  LIKE HELL.  WE CAME UP BEHIND HIM, AND ME AND `SHORTY' SHOT

23  HIM REPEATEDLY, AND HE BLED TO DEATH OUT IN THE STREET.'"

24          IT WOULD HAVE BEEN EASIER FOR YOU HAD HE SAID

25  THAT, BUT THAT IS NOT WHAT WAS SAID TO HIM.  THAT IS NOT

1   WHAT HE TESTIFIED TO.  BUT I SUGGEST TO YOU, YOU CAN FIGURE

2   IT OUT FROM THE CONTEXT WHAT SEAN COATES MEANT WHEN HE MADE

3   THAT COMMENT.

4          THE CONSPIRACY TO MURDER AND THE MURDER OF CHRISSY

5   GLADDEN.  FIRST OF ALL, WHO BENEFITED FROM THE MURDER OF

6   CHRISSY GLADDEN?  ASK YOURSELVES THAT.  SHE'S MURDERED FOUR

7   DAYS BEFORE SHE IS TO TESTIFY IN THE SUPERIOR COURT AGAINST

8   JEROME MARTIN AND ANTONIO KNIGHT IN A HOMICIDE CASE.  SHE IS

9   EXECUTED.  THE KILLER RUNS UP ON HER, SHOOTS HER, STANDS

10  OVER HER AND PUTS MORE BULLETS IN HER HEAD.  THE PEOPLE SHE

11  IS STANDING WITH ARE NOT HARMED.  IT'S A HIT.

12         DO YOU THINK IT'S A COINCIDENCE THAT SHE WAS SHOT

13  FOUR DAYS BEFORE THE MURDER? (SIC)  I SUGGEST TO YOU YOUR

14  COMMON SENSE IS GOING TO SAY "NO".  IT'S NOT A COINCIDENCE.

15  SO WHO BENEFITS?  JEROME MARTIN AND ANTONIO KNIGHT.

16         MS. HEPWORTH SAYS, "WELL, SHE WASN'T REALLY A

17  WITNESS.  SHE WASN'T REALLY A WITNESS.  SHE DIDN'T HAVE MUCH

18  TO SAY."

19         WELL, FIRST OF ALL, SHE DID.  SHE HEARD JEROME

20  MARTIN CONGRATULATING THE SHOOTER -- CONGRATULATING ANTONIO

21  KNIGHT FOR DOING WHAT HE DID.  A GOOD JOB.  IF YOU WERE A

22  JUROR ON THAT CASE, WOULDN'T YOU WANT TO HEAR A PIECE OF

23  EVIDENCE LIKE THAT?

24         AND, SECOND OF ALL, LADIES AND GENTLEMEN, JEROME

25  MARTIN DIDN'T KNOW EXACTLY WHAT SHE WAS GOING TO SAY.  ALL

1   HE KNEW, SHE WAS A WITNESS, THAT SHE HAD BEEN OUT THERE, SHE

2   HAD BEEN SUBPOENAED, AND SHE WAS GOING TO TESTIFY.

3           MS. HEPWORTH:   OBJECTION.   OBJECTION, YOUR HONOR.

4           THE COURT:   APPROACH THE BENCH.

5           (BENCH CONFERENCE.)

1           (BENCH CONFERENCE.)

2           MS. HEPWORTH:  THERE IS NO EVIDENCE THAT

3  MR. MARTIN KNEW THAT CHRISHAUNA GLADDEN WAS A WITNESS.

4  NONE. NOT ONE PIECE.

5           THE COURT:  THAT IS A MATTER FOR THE JURY'S

6  RECOLLECTION.  I AM NOT GOING TO PRECLUDE HIS ARGUMENT --

7  WHAT HE BELIEVES THE EVIDENCE SHOWS.

8           MS. HEPWORTH:  THERE IS NO EVIDENCE THAT

9  MR. MARTIN KNEW THAT CHRISHAUNA GLADDEN WAS A WITNESS.

10  THERE IS NO INDICATION THAT THE EVIDENCE SHOWS THAT.

11          THE COURT:  THEN YOU SHOULD HAVE ARGUED THAT TO

12  THE JURY.

13          MS. HEPWORTH:  I DID ARGUE THAT TO THE JURY.

14          THE COURT:  THEN IT'S HIS RECOLLECTION.

15          MS. HEPWORTH: HE IS STATING THAT THE EVIDENCE

16  SHOWED THAT.  THERE IS NO SUCH EVIDENCE.  I AM JUST MAKING A

17  RECORD.  THAT'S ALL.

18          MR. ZEIDENBERG:  YOUR HONOR, THE WITNESSES

19  TESTIFIED THAT HE GAVE THE NAME, CHRISHAUNA GLADDEN.

20          MS. HEPWORTH:  NO, THEY DIDN'T.  JAMES MONTGOMERY

21  TESTIFIED --

22          THE COURT:  THE OBJECTION IS OVERRULED.  SIT DOWN.

23  DON'T DO IT AGAIN.

24          MS. HEPWORTH:  SIR, I NEED TO MAKE ANOTHER RECORD

25  THEN.  MAY I MAKE ANOTHER RECORD ON THAT?  THE COURT

1  ADMONISHED US NOT TO INTERRUPT MS. CHATURVEDI IN HER

2  OPENING, WHICH I DIDN'T DO, AND I ASKED --

3          THE COURT:  DO YOU THINK THAT WAS LICENSE TO

4  INTERRUPT HIM?

5          MS. HEPWORTH:  NO, I DON'T.  I THINK WHEN I

6  UNDERSTOOD THAT THE COURT ONLY MEANT NOT TO INTERRUPT FOR

7  THE DEFENSE AND NOT THE GOVERNMENT, THEN I DECIDED THAT I

8  NEEDED TO MAKE MY RECORD.  IF THE COURT IS PRECLUDING ME

9  FROM OBJECTING, I WANT THE RECORD TO REFLECT THAT I AM NOT

10  OBJECTING IN THE FUTURE BECAUSE OF THE COURT'S SPECIFIC

11  INSTRUCTION.  THAT'S MY RECORD.

12          THE COURT:  MS. HEPWORTH, THE INSTRUCTION IS NOT

13  TO MAKE FRIVOLOUS OBJECTIONS.  NOW, THIS IS THE THIRD

14  OBJECTION YOU HAVE MADE HAVING TO DO WITH WHAT THE EVIDENCE

15  SHOWS.  NOT ANYTHING TO DO WITH THE SUBSTANCE OF THE

16  ARGUMENT, BUT SIMPLY WHAT THE EVIDENCE SHOWS.

17          THE JURY'S RECOLLECTION CONTROLS.  YOU ARGUED ONE

18  THING.  MR. ZEIDENBERG IS ARGUING ANOTHER.  ULTIMATELY THE

19  JURY WILL DECIDE THAT.

20          MS. HEPWORTH:  YOUR HONOR --

21          THE COURT:  THAT'S A QUINTESSENTIAL JURY QUESTION,

22  AND YOU KNOW IT.

23          MS. HEPWORTH:  NO, I DON'T KNOW IT.  THE COURT OF

24  APPEALS HAS REPEATEDLY SAID FAILURE TO OBJECT TO A

25  MISSTATEMENT OF THE EVIDENCE DURING ARGUMENT PRECLUDES ITS

1    REVIEW ON APPEAL.

2            I BELIEVE THAT MR. ZEIDENBERG IS DELIBERATELY

3    MISSTATING THE EVIDENCE.  WHEN I HEAR THAT, I NEED TO OBJECT

4    TO IT.  IF THE COURT IS PRECLUDING ME FROM DOING THAT, I

5    WILL NOT DO IT BECAUSE I RESPECT THE COURT, BUT I WILL

6    NOT --

7            MR. ZEIDENBERG:  PERHAPS THE OBJECTIONS COULD BE

8    MADE AT THE CONCLUSION OF THE GOVERNMENT'S CLOSING, AND THEN

9    SHE CAN MAKE HER RECORD AT THAT TIME.

10           THE COURT:  I THINK THAT THAT IS PROBABLY A BETTER

11   COURSE AT THE MOMENT.

12           MS. HEPWORTH:  YES, SIR.

13           (END OF BENCH CONFERENCE.)

14

15

16

17

18

19

20

21

22

23

24

25

1          (END OF BENCH CONFERENCE.)

2          THE COURT:  THE OBJECTION IS OVERRULED.

3          MR. ZEIDENBERG:  ALL HE KNEW -- ALL JEROME MARTIN

4    KNEW WAS THAT SHE WAS GOING TO BE A WITNESS.  HE WASN'T

5    GOING TO TAKE THE CHANCE ON WHAT SHE MIGHT HAVE SAID IN

6    COURT.

7          NOW, AGAIN, TWO PEOPLE BENEFITED:  ANTONIO KNIGHT

8    AND JEROME MARTIN.  WELL, WHO IS TO SAY ANTONIO KNIGHT

9    DIDN'T HAVE SOMETHING TO DO WITH IT?  WELL, YOU KNOW JAMES

10   MONTGOMERY WAS AT LEAST INVOLVED IN THAT MURDER.  HE DIDN'T

11   PLEAD GUILTY TO IT AND TELL YOU HE DID IT IF HE WASN'T

12   INVOLVED IN IT.

13         HAVE YOU HEARD ANY EVIDENCE IN THIS CASE TYING

14   JAMES MONTGOMERY TO ANTONIO KNIGHT -- ANY EVIDENCE THAT HE

15   WOULD GO OUT AND COMMIT A MURDER FOR ANTONIO KNIGHT?  I

16   SUGGEST THERE HASN'T BEEN ANY EVIDENCE.  AND SO THE PERSON

17   WHO BENEFITS -- THE PERSON WHO IS HELPED OUT BY THIS IS THAT

18   MAN, JEROME MARTIN.

19         I WANT TO ASK YOU ANOTHER QUESTION ABOUT THAT.

20   JAMES MONTGOMERY WAS NEVER A SUSPECT IN THAT MURDER.  YOU

21   HEARD THAT FROM AGENT LISI.  HOW DOES HE BENEFIT HIMSELF BY

22   IMPLICATING HIMSELF IN A MURDER IN WHICH HE WAS NEVER A

23   SUSPECT?

24         REMEMBER THEY SAW ONE GUNMAN.  ONE GUNMAN RUNS OUT

25   OF THE HOUSE.  THAT'S WHAT THE WITNESSES TOLD THE POLICE ON

1   THE SCENE -- A SHOOTER, BY THE WAY, WEARING A BLACK JACKET

2   WITH WHAT LOOKS LIKE A WHITE T-SHIRT OR A WHITE TOWEL AROUND

3   HIS HEAD.

4           IF JAMES MONTGOMERY WERE NOT INVOLVED WITH SAM

5   CARSON IN THIS, AND HE IS NOT A SUSPECT IN IT, WHY DOESN'T

6   HE JUST TELL THE POLICE AND TELL YOU ALL AND TELL JUDGE

7   JACKSON, "LOOK, I WAS DOWN IN SOUTHWEST.  SAM CARSON SAID,

8   `I'VE GOT TO GO DO SOMETHING FOR `PIMP',' AND HE COMES BACK

9   AND SAYS `PIMP'S' PROBLEMS ARE SOLVED.  I JUST KILLED THAT

10  GIRL -- THAT GIRL WAS GOING TO TESTIFY AGAINST HIM.'"

11          WOULDN'T THAT HAVE BEEN THE EASIEST THING IN THE

12  WORLD FOR JAMES MONTGOMERY TO DO?  TAKE A LOOK AT JAMES

13  MONTGOMERY'S PLEA AGREEMENT.  HE PLED GUILTY TO AIDING AND

14  ABETTING THE FIRST DEGREE MURDER OF CHRISHAUNA GLADDEN, AND

15  HE TOLD YOU WHO HE DID IT WITH, SAM CARSON, "PIMP'S" CLOSEST

16  FRIEND.  WHY WOULD JAMES PUT HIMSELF INVOLVED IN THIS MURDER

17  IF HE DIDN'T HAVE TO?

18          LET ME JUST SPEND A SECOND ON JAMES MONTGOMERY AND

19  EXPLAIN TO YOU, AT LEAST IN OUR VIEW, WHAT'S GOING ON.

20  JAMES MONTGOMERY -- WE ARE NOT SUGGESTING TO YOU LADIES AND

21  GENTLEMEN THAT HE HAS FOUND RELIGION, THAT HE CAME FORWARD

22  AND ADMITTED HIS CRIMES BECAUSE HE IS A GOOD MAN WHO HAS ALL

23  OF A SUDDEN DECIDED, IN A PANG OF CONSCIENCE, TO MAKE A

24  CLEAN BREAST OF IT.

25          HE MAY WELL HAVE, BUT THAT'S NOT FOR US TO DECIDE,

1   AND WE'RE NOT SUGGESTING IT.  WE'RE SUGGESTING THAT JAMES

2   MONTGOMERY WAS TOLD AND IT WAS HAMMERED INTO HIM THE SIMPLE

3   FACT THAT THE TRUTH IS GOING TO COME OUT.  REMEMBER, HE SAID

4   THAT AGAIN AND AGAIN.  THEY KEPT TELLING HIM, "JAMES, IT'S

5   GOING TO COME OUT.  IT'S GOING TO COME OUT.  IF YOU WERE

6   INVOLVED IN SOMETHING, YOU HAD BETTER TELL US BECAUSE IT'S

7   GOING TO COME OUT."

8           AND THAT'S WHAT HAPPENED.  HE WAS CONCERNED THAT

9   IT WAS GOING TO COME OUT.  AND HE WAS CONCERNED THAT IF HE

10  DIDN'T COME OUT AND TELL, THAT IT WAS GOING TO COME OUT, AND

11  IT WAS GOING TO REBOUND AGAINST HIM, AS IT WOULD HAVE.

12          SO, INSTEAD, HE CAME CLEAN.  HE TOLD ABOUT HALLMAN

13  AND HYSON.  HE TOLD ABOUT CHRISHAUNA GLADDEN.  HE TOLD ABOUT

14  TIMOTHY BENTON.

15          AND LET ME JUST SPEND 30 SECONDS ON TIMOTHY

16  BENTON.  JAMES MONTGOMERY IS DRIVING.  "POO POO" IS IN THE

17  BACK SEAT.  TIMOTHY BENTON IS IN THE FRONT SEAT.  TIMOTHY

18  BENTON GETS SHOT IN THE BACK OF THE HEAD OR THE SIDE OF THE

19  HEAD.  AND THE DEFENSE SAYS, "JAMES MONTGOMERY DID THAT."

20          WELL, FIRST OF ALL, AGAIN, JAMES MONTGOMERY WAS

21  NEVER A WITNESS IN THAT.  HE IS THE ONE WHO CAME FORWARD.

22  THE TWO WITNESSES THAT THE POLICE HAD -- AGENT LISI AND THE

23  F.B.I. HAD, BOTH SAID "POO POO" DID IT.  "POO POO," NOT

24  JAMES.

25          NUMBER THREE, JAMES ADMITTED RESPONSIBILITY FOR

1   THAT AND PLED GUILTY TO THAT MURDER AS AN AIDER AND ABETTOR.

2   SO, AGAIN, IT'S NOT A MURDER THAT HE AVOIDED ANY

3   RESPONSIBILITY FOR.   IT'S ON HIS PLEA OR IN HIS PLEA.   HE

4   PLED GUILTY TO IT.

5          AND, FINALLY, THEY SAY, "THE PHYSICAL EVIDENCE --

6   LOOK AT THE AUTOPSY REPORT."  GO AHEAD.   I WANT YOU TO LOOK

7   AT THAT AUTOPSY REPORT IF IT CONCERNS YOU, AND I WANT YOU TO

8   SIT IN THE CHAIR THAT YOU'RE SITTING IN RIGHT NOW, OR

9   SOMETHING LIKE THAT IN THE JURY ROOM, AND IMAGINE YOU'RE

10  DRIVING ALONG AS A DRIVER AND TRYING TO SHOOT SOMEBODY WHO

11  IS SITTING RIGHT NEXT TO YOU.   THIS IS WHAT YOU HAVE TO DO.

12          HOW ARE YOU GOING TO DO THAT?   AND THE PERSON NEXT

13  TO YOU, THE VICTIM, TIMOTHY BENTON IN THIS CASE, IS GOING TO

14  SEE SOMETHING.   IF YOU TRIED TO SHOOT AND DID SHOOT THE

15  FRONT-SEAT PASSENGER AS THE DRIVER, THAT VICTIM WOULD HAVE

16  GOTTEN SHOT RIGHT IN THE MIDDLE OF THE FACE BECAUSE HE IS

17  GOING TO SEE THAT GUN COME UP.   HE IS GOING TO SEE YOU

18  REACH, AND HE IS GOING TO REACH FOR THE GUN, AND HE IS GOING

19  TO GET SHOT RIGHT IN THE FACE.

20          AND HOW MANY TIMES THE MEDICAL EXAMINER TRIED TO

21  EXPLAIN THIS, I DON'T KNOW.   BUT THE HEAD, AS YOU ARE ALL

22  AWARE, TURNS.   THE VICTIM GETS SHOT ON THE SIDE OF THE HEAD.

23  THAT SHOWS YOU THAT HE WAS LOOKING TOWARDS THE DRIVER WHEN

24  HE WAS SHOT.   THAT'S ALL IT SHOWS.

25          SO I DON'T WANT TO SPEND A LOT OF TIME ON THAT,

1   BUT I DO WANT TO EMPHASIZE AS FAR AS THE MURDER OF CHRISSY

2   GLADDEN, THAT HE WAS NEVER A SUSPECT -- JAMES MONTGOMERY --

3   AND THAT IF HE DIDN'T WANT TO PUT HIMSELF IN IT AND TELL

4   WHAT REALLY HAPPENED, ALL HE WOULD HAVE HAD TO DO WAS JUST

5   SAY, "SAM TOLD ME HE DID IT."

6        NUMBER 3, HOW DID JAMES KNOW THAT PAUL FRANKLIN,

7   DONALD NICHOLS AND ARTHUR RICE WOULD CORROBORATE HIM?

8   REMEMBER WHAT HAPPENED.  JAMES MONTGOMERY CAME IN AND TALKED

9   TO AGENT LISI.  HE SAID, "LOOK, I WAS INVOLVED WITH

10  CHRISSY'S MURDER.  I DID IT WITH SAM CARSON, AND I WILL TELL

11  YOU WHAT HAPPENED.  `DIRTY MEAT,' PAUL FRANKLIN, CAME TO ME

12  AND SAID HE HAD SPOKEN TO `PIMP' AT THE JAIL.  HE HAD A LIST

13  OF WITNESSES:  FLIP, ROBIN AND CHRISSY.  TALK TO NICHOLS."

14       LATER ON, AGENT LISI ARRESTS NICHOLS AND PAUL

15  FRANKLIN.  AND WHAT DOES HE KNOW FROM PAUL FRANKLIN?  THAT

16  HE WENT TO THE JAIL, THAT HE HAD SPOKEN TO JEROME MARTIN,

17  "PIMP," AND THAT "PIMP" HAD GIVEN HIM A NUMBER OF WITNESSES

18  HE WANTED KILLED, INCLUDING ROBIN AND FLIP, AND A THIRD

19  PERSON.  HE COULDN'T REMEMBER THE NAME.

20       NOW, AS FAR AS THE SCRIPT GOES, IF WE'RE HANDING

21  OUT THE SCRIPT, COULDN'T WE HAVE JUST SAID, "LOOK, THE THIRD

22  PERSON IS CHRISSY.  WE'RE SURE IT'S CHRISSY.  JUST SAY IT'S

23  CHRISSY"?

24       WELL, HE DOESN'T REMEMBER THE NAME OF THE THIRD

25  PERSON, BUT JAMES MONTGOMERY DID.  "FLIP," ROBIN AND

1  CHRISSY.  "MEAT" REMEMBERS "FLIP" AND ROBIN BUT NOT CHRISSY.

2  AND ARTHUR RICE KNOWS WHERE CHRISSY LIVED -- ARTHUR RICE

3  FROM SOUTHWEST.

4            AND THAT IS QUESTION NUMBER 4.  HOW DID ARTHUR

5  RICE KNOW WHERE CHRISSY GLADDEN LIVED?  REMEMBER, HE POINTED

6  OUT THE HOUSE TO AGENT LISI.  HOW DID HE KNOW IF HE HADN'T

7  BEEN TOLD?  AND WHY WOULD HE HAVE BEEN TOLD?  AND WHY IS IT

8  THAT THE DEFENSE SEEMS TO AGREE, OR BELIEVE, OR HASN'T

9  CONTESTED THAT JAMES MONTGOMERY WAS TRYING TO KILL "FLIP"

10 AND ROBIN ON THAT SAME POINT?

11           DO YOU REMEMBER JAMES MONTGOMERY SAID WHAT THEY

12 DID AFTER THEY KILLED CHRISSY GLADDEN -- AFTER SAM CARSON

13 STOOD OVER HER BODY AND SHOT INTO HER SKULL?  JAMES

14 MONTGOMERY TOLD YOU, "AFTER WE DID THAT, WE LEFT AND WE WENT

15 TO TRY AND KILL ROBIN.  WE HID IN THE BUSHES OUTSIDE ROBIN'S

16 HOUSE AND WAITED SEVERAL HOURS -- WAITED FOR HER TO COME

17 HOME."

18           AND BY GOD'S GOOD GRACE, SHE DIDN'T COME HOME THAT

19 NIGHT, AND SHE WASN'T MURDERED.  BUT, AGAIN, WHY WOULD JAMES

20 MONTGOMERY TELL DETAILS LIKE THAT TO YOU AND TO JUDGE

21 JACKSON, WHO IS GOING TO SENTENCE HIM, IF THEY WEREN'T THE

22 TRUTH.

23           AND, FINALLY, WE HAVE TALKED ABOUT ARTHUR RICE AND

24 THE FACT THAT HE DOESN'T HAVE A PLEA AGREEMENT.  THE LAST

25 QUESTION MR. BESHOURI MADE AN ISSUE OF IN HIS CLOSING, WHICH

1    WAS "JAMES MONTGOMERY SAID THAT THE MAGAZINE AND THE GUN

2    WERE THROWN IN THE RIVER SEPARATELY," AND MR. BESHOURI SAID,

3    "THE REASON HE SAID THAT WAS HE WAS AFRAID HIS FINGERPRINTS

4    WOULD HAVE BEEN FOUND ON THAT GUN AND THAT WOULD COME BACK

5    TO HIM, AND IT WOULD PROVE THAT HE WAS REALLY THE KILLER."

6         WELL, ASK YOURSELVES, LADIES AND GENTLEMEN, IF

7    JAMES MONTGOMERY WERE REALLY CONCERNED ABOUT THE POLICE

8    FINDING THE GUN, WOULD HE TAKE HIM TO WHERE IT WAS?  WHY

9    COME UP WITH AN EXPLANATION FOR HOW HIS FINGERPRINTS MIGHT

10   BE ON THE GUN AND TAKE THEM TO WHERE IT IS?  I SUGGEST THAT

11   DOESN'T MAKE ANY SENSE.

12        THE TRIPLE MURDER.  THERE ARE A NUMBER OF

13   UNANSWERED QUESTIONS ABOUT THIS HOMICIDE, A TRIPLE HOMICIDE.

14   NUMBER ONE, WHY WOULD CINAMA HAWKINS LIE?  I SUGGEST TO YOU

15   SHE HAD TO HAVE BEEN LYING FOR WILLIAM SWEENEY TO BE NOT

16   GUILTY OF THIS MURDER.

17        SHE CAME IN HERE.  YOU REMEMBER WHO SHE IS, A

18   YOUNG, PETITE WOMAN, WHO WITNESSED SOMETHING MORE HORRIFIC

19   THAN HOPEFULLY ANY OF YOU OR ANY OF US EVER WILL.  SHE CAME

20   IN HERE, TOOK THE STAND, AND SAID, "I REMEMBER THAT NIGHT.

21   WE WERE GOING IN THE HOUSE.  WE WERE RUSHED BY TWO MEN, A

22   TALL MAN AND A SHORT MAN."  THE SHORT MAN WAS UNUSUALLY

23   SHORT FOR A MAN, 5' 4" OR 5' 5".  HE APPEARED TO BE THE ONE

24   WHO WAS IN CONTROL, WHO WAS RUNNING THE SHOW."

25        THAT'S WHAT SHE TESTIFIED TO.  THAT IS WHAT SHE

1    REMEMBERED.  WHY WOULD SHE LIE ABOUT THAT?

2         NOW, MR. KIERSH SAYS, "SHE NEVER SAID THAT.  SHE

3    SAID IT WAS TWO SIX-FOOT MEN," AND HIS EVIDENCE OF THAT IS

4    HE SAYS, "SHE GAVE A DETAILED STATEMENT TO CORPORAL TAYLOR

5    OF THE P. G. COUNTY POLICE."

6         WELL, I SUGGEST NOTHING OF THE KIND HAPPENED.

7    CINAMA HAWKINS, NATURALLY, WAS HYSTERICAL WITH FEAR.

8    MR. KIERSH SAYS, "NO, SHE WASN'T.  SHE CALMLY DESCRIBED WHAT

9    HAPPENED."

10        I AM NOT GOING TO PLAY THIS WHOLE TAPE.  I AM

11   GOING TO PLAY THE LAST TEN SECONDS OF IT.

12        (PLAYING AUDIOTAPE.)

13        THAT GIVES YOU THE FLAVOR.  MR. KIERSH SAYS SHE

14   WASN'T HYSTERICAL.  DO YOU AGREE?  CORPORAL TAYLOR TOLD YOU

15   SHE WAS BEYOND CRYING -- BEYOND DESCRIPTION HOW UPSET SHE

16   WAS.  HE WAS TRYING TO GET A FLASH LOOKOUT.  THEY WERE GOING

17   TO STOP ANY TWO PEOPLE OR ANYONE COMING ANYWHERE CLOSE THAT

18   NIGHT BECAUSE THERE WAS NO ONE OUT.  IT WAS LATE AT NIGHT.

19        HE SAID TO HER, "WHAT DID YOU SEE?  HOW MANY WERE

20   THERE?"  "THERE WERE TWO."  HOW TALL WERE THEY?  SHE SAID,

21   "6 FOOT."  HE SAID THAT'S WHAT I WROTE DOWN A FEW HOURS

22   LATER.  IT WAS NOT Q & A.  IT WAS NOT A DETAILED INTERVIEW.

23        WHEN SHE LATER WENT TO THE POLICE, AND THEY CALMED

24   HER DOWN, SHE GAVE A DESCRIPTION AND SHE CAME IN HERE AND

25   SHE TESTIFIED WHAT SHE ACTUALLY SAW.

1    I SUGGEST TO YOU SHE WAS IN NO CONDITION THAT

2    NIGHT TO GIVE A DETAILED RECOLLECTION OF WHAT HAPPENED.  AND

3    WHAT THE EVIDENCE IS IS THAT IT WAS A TALL MAN AND A SHORT

4    MAN.

5    IN ANY EVENT, LET ME JUST THROW OUT THAT

6    MR. KIERSH -- I AM GOING TO COME BACK TO THIS IN A LITTLE

7    BIT -- HAD SUGGESTED TO YOU WITH, I SUGGEST, NO EVIDENCE

8    WHATSOEVER, THAT "BUTCHIE" SMITH DID THE MURDER.  ISN'T THAT

9    WHAT HE SAID?  "JAMES AND `BUTCHIE.'  JAMES AND `BUTCHIE.'"

10    THERE IS NO EVIDENCE OF IT.  NO EVIDENCE.  NO

11    WITNESSES.  NO PHYSICAL EVIDENCE.  NO MODE OF EVIDENCE.

12    NOTHING.  AND NOW YOU KNOW "BUTCHIE" IS 5' 7" OR 5' 8".

13    SO EVEN IF HIS ARGUMENT THAT WHAT SHE TOLD

14    CORPORAL TAYLOR IS RIGHT, IT WASN'T "BUTCHIE" SMITH.  AND I

15    SUGGEST TO YOU YOU DO KNOW WHO IT WAS.  IT WAS DRAPER.  WHY

16    WOULD CINAMA LIE?

17    HOW DID DRAPER'S -- SWEENEY'S FINGERPRINT GET

18    INSIDE THAT HOUSE?  ON THE DOOR AS YOU GO OUT, HIS

19    FINGERPRINT.  IS THAT JUST A COINCIDENCE THAT HIS

20    FINGERPRINT WAS THERE?  THERE WERE ONLY TWO LATENT PRINTS

21    TAKEN OFF THAT DOOR.  ONE OF THEM BELONGS TO DRAPER.

22    "LONNIE" GASKINS' FINGERPRINT ISN'T ON THE DOOR.

23    "DRAPER'S" IS.

24    WELL, HE DIDN'T ADDRESS THIS, BUT, OBVIOUSLY, HE

25    HAD A WITNESS COME IN NAMED SEAN OWENS AND SAY, "I TOOK HIM

1   UP THERE ONCE."  WELL, WHAT DOOR DID THEY GO IN?  THEY WENT

2   IN THE BACK DOOR, NOT THE FRONT DOOR WHERE THE FINGERPRINT

3   WAS FOUND.  THE BACK DOOR.

4          AND NOT ONLY THAT, LADIES AND GENTLEMEN, TAKE A

5   LOOK AT THE FRONT DOOR.  SEE THE GLASS DOOR.  IF YOU'RE

6   INSIDE THAT HOUSE, THE FRONT DOOR IS GOING TO BE CLOSED.

7   YOU CAN IMAGINE -- THEY ARE GAMBLING IN THERE.  THEY ARE NOT

8   GOING TO HAVE THE FRONT DOOR WIDE OPEN EXPOSED TO EVERYONE

9   WALKING PAST.  THAT FRONT DOOR IS GOING TO BE CLOSED.

10          EVEN IF "DRAPER" HAD GONE INTO THAT HOUSE SOMETIME

11   PREVIOUSLY WITH SEAN OWENS, WHY WOULD HE OPEN THE FRONT

12   DOOR -- HE WENT IN THE BACK DOOR -- OPEN THE FRONT DOOR AND

13   PUT A FINGERPRINT ON THE GLASS DOOR?  AND DO YOU REALLY

14   BELIEVE IT WOULD HAVE BEEN THERE ALL OF THOSE MONTHS LATER

15   WHEN ONLY TWO FINGERPRINTS ARE FOUND ON THAT DOOR IN TOTAL?

16          WHY DID "DRAPER," SWEENEY, LIE TO THE POLICE WHEN

17   HE WAS QUESTIONED BY P. G. COUNTY?  HE TOLD THEM HE HAD

18   NEVER BEEN TO THE HOUSE.  HE HAD NEVER EVEN BEEN TO

19   MARYLAND.  HE NEVER BEEN TO TEMPLE HILLS.  HE HAD NEVER BEEN

20   OUT BY IVERSON MALL.

21          WHY DID HE LIE?  I SUGGEST TO YOU YOU KNOW THE

22   ANSWER TO THAT QUESTION.  GUILTY MIND.  GUILTY CONSCIENCE.

23   HE KNEW HE WAS INVOLVED.  HE KNEW HE HAD DONE IT.  HE WANTED

24   TO DISTANCE HIMSELF FROM IT.

25          IF HE HAD BEEN OUT THERE BEFORE, WHY WOULDN'T HE

1   HAVE JUST SAID, "SURE I HAVE BEEN GAMBLING THERE.  I DIDN'T

2   KILL ANYBODY."  BUT, INSTEAD, BECAUSE OF HIS GUILT, BECAUSE

3   HE KNEW HE HAD DONE IT, HE LIED TO THE POLICE.

4           HOW DID "BUTCHIE" AND JAMES MONTGOMERY BOTH KNOW

5   THAT SWEENEY AND CARSON WENT TO VEGAS TOGETHER FOR THE

6   TYSON/HOLYFIELD FIGHT, AND WHY DID BOTH SWEENEY AND CARSON

7   MENTION THAT THEY HAD SEEN "LONNIE" GASKINS THERE?

8           YOU KNOW BEYOND ANY QUESTION THAT SWEENEY AND

9   CARSON WERE IN VEGAS FOR THE TYSON/HOLYFIELD FIGHT, JUST AS

10  JAMES MONTGOMERY TOLD YOU AND JUST AS "BUTCHIE" SMITH TOLD

11  AGENT LISI.

12          HOW DID THEY KNOW THAT FACT IF THEY HADN'T BEEN

13  TOLD?  AND WHY WOULD BOTH SWEENEY AND CARSON MENTION THE

14  ADDITIONAL FACT -- SURE THEY MAY SAY, "WE WENT OUT FOR THE

15  FIGHT."  THAT IS SOMETHING THAT FRIENDS WOULD TALK ABOUT

16  WITH ONE ANOTHER, BUT WHY WOULD THEY ADD THE ADDITIONAL

17  FACT, "GUESS WHO WE SAW THERE, MAN?  LONNIE GASKINS.  AND HE

18  WAS WINNING BIG."

19          WHY WOULD THEY MENTION THAT FACT IF THEY WEREN'T

20  ALREADY TARGETING HIM.  AND I SUGGEST TO YOU YOU KNOW THAT

21  "LONNIE" GASKINS WAS THERE.

22          AGAIN, YOU WANT CORROBORATION?  THEY SAY, "WE WANT

23  TO KNOW ABOUT SOMEONE WHO SAW THE VAN OUT ON THE STREET."

24  INSTEAD, WE BRING THE GAMBLING RECORDS FROM THE CASINO IN

25  VEGAS THAT SHOWS THAT THEY WERE GAMBLING WITHIN A STONE'S

1    THROW OF ONE ANOTHER.  THEIR RESPONSE:  "YEAH, BUT YOU CAN'T

2    PROVE THAT THEY WERE AT THE SAME TABLE AT THE SAME TIME."

3    NO, WE CAN'T.

4         WHAT DO YOU THINK?  IS IT JUST A COINCIDENCE THAT

5    MONTGOMERY AND "BUTCHIE" SAY THEY WERE GAMBLING AND SAW

6    GASKINS THERE AND, IN FACT, THEY WERE IN THE SAME CASINO

7    WITHIN A FEW TABLES OF EACH OTHER THAT SAME NIGHT?

8         WHY WOULD "BUTCHIE" FALSELY IMPLICATE HIS OWN

9    NEPHEW, SWEENEY, IN THIS MURDER?  REMEMBER, "BUTCHIE" IS NOT

10   A SUSPECT.  HE GETS ARRESTED.  HE GETS ARRESTED FOR DEALING

11   DRUGS.  HE SAYS, "I KNOW ABOUT A TRIPLE MURDER."

12        HE IS NOT BEING PRESSED.  HE IS NOT BEING

13   QUESTIONED ABOUT HIS OWN INVOLVEMENT.  "I KNOW WHO DID IT."

14   MR. BESHOURI ALLUDES TO THIS.  HE SAID, "THAT FIRST NIGHT,

15   HE GAVE TWO NAMES."  HE DOESN'T WANT TO REMIND YOU WHO THE

16   TWO NAMES ARE.  THE TWO NAMES HE GIVES ARE "DRAPER," WHO HAD

17   THE GLOCK .40, AND JAMES MONTGOMERY, WHO HAD A STUN GUN.

18        AND HE GOES ON TO SAY HOW DRAPER RAN OUT OF THE

19   HOUSE AND SHOT THE GIRL OUT ON THE PORCH IN THE HEAD AS HE

20   WAS LEAVING.  HOW DID HE KNOW THAT?  AND WHY WOULD HE

21   IMPLICATE FALSELY HIS OWN NEPHEW OUT OF THE WHOLE UNIVERSE

22   OF PEOPLE THAT HE COULD HAVE IDENTIFIED?  IF FOR SOME

23   REASON -- WHATEVER REASON IT IS -- HE DECIDES, "I AM JUST

24   GOING TO MAKE UP A STORY ABOUT THE TRIPLE MURDER," WHY WOULD

25   HE PICK HIS OWN NEPHEW?  AND IS IT JUST A COINCIDENCE THAT

1    HIS OWN NEPHEW'S FINGERPRINT IS FOUND ON THE DOOR AND HIS

2    OWN NEPHEW'S GAMBLING RECORDS SHOW THAT HE WAS IN VEGAS THE

3    WEEK BEFORE WITH THE VICTIM?  DOES THAT STRIKE YOU AS A

4    TREMENDOUSLY UNUSUAL COINCIDENCE?

5         HOW IS IT AND WHY IS IT THAT JAMES MONTGOMERY AND

6    ROBERT "BUTCHIE" SMITH ALL GIVE THE SAME FOUR NAMES OF

7    PEOPLE INVOLVED IN THE TRIPLE:  "DRAPER," CARSON, "BIRDIE",

8    AND MONTGOMERY?  THE FOUR NAMES THAT MONTGOMERY GIVES ARE

9    THE SAME FOUR NAMES THAT "BUTCHIE" GIVES.

10        REMEMBER THE SEQUENCE.  IT'S NOT AS MR. KIERSH

11   SUGGESTED, THAT THESE DEFENDANTS GOT LOCKED UP BECAUSE OF

12   JAMES MONTGOMERY.  JAMES MONTGOMERY GOT LOCKED UP WITH SAM

13   CARSON.  THEY GOT LOCKED UP BECAUSE "BUTCHIE" HAD GIVEN THE

14   INFORMATION FIRST.  "BUTCHIE" CAME FORWARD.  THAT LED TO THE

15   ARREST OF ALL THE DEFENDANTS.

16        OKAY.  THAT'S THE SEQUENCE OF EVENTS.  ASK

17   YOURSELVES IS THIS THE LIKELY SCENARIO?  JAMES MONTGOMERY

18   GOT TOGETHER WITH `BUTCHIE' AHEAD OF TIME BECAUSE THIS IS

19   THE ONLY OTHER SCENARIO, RIGHT?  THERE IS NO WAY THEY JUST

20   HAPPENED TO GUESS THE SAME FOUR PEOPLE.

21        SO WHAT MUST HAVE HAPPENED, ACCORDING TO THE

22   DEFENSE THEN, IS THAT "BUTCHIE" AND MONTGOMERY GOT TOGETHER,

23   AND THIS IS WHAT THEY SAID.  "BUTCHIE" SAID, "LISTEN, IF YOU

24   GET CAUGHT, YOU JUST SAY THAT" -- STRIKE THAT.  "BUTCHIE"

25   SAYS, "WHAT I WILL DO IF I GET CAUGHT OR IF I GET IN

1   TROUBLE, I'M GOING TO SAY IT WAS YOU, IT WAS DRAPER, IT WAS

2   CARSON, AND IT WAS SWEENEY."  OKAY.

3          I AM SORRY.  I WILL TRY AGAIN.

4          "IT WAS YOU, JAMES MONTGOMERY, `DRAPER,' CARSON

5   AND "BIRDIE".  OKAY.  THAT'S WHAT "BUTCHIE" TELLS JAMES.

6   AND JAMES SAYS, "OKAY.  AND IF I GET CAUGHT, I WILL SAY I

7   DID IT, AND DRAPER DID IT, AND CARSON DID IT, AND `BIRDIE'

8   DID IT."

9          NOW, WHERE IS THE PERCENTAGE IN THAT FOR JAMES

10  MONTGOMERY?  WHY WOULD HE AGREE TO IMPLICATE HIMSELF AND

11  THEN "BUTCHIE" IMPLICATES HIMSELF?  IT DOESN'T MAKE ANY

12  SENSE.  HOW DID THEY KNOW THAT?  THEY KNEW IT BECAUSE

13  "DRAPER" OPENED HIS MOUTH AND TOLD "BUTCHIE."

14          WHY WAS SAM CARSON WORRIED ABOUT THE TRIPLE MURDER

15  AND JAMES MONTGOMERY BACK IN JANUARY OF '98?  YOU REMEMBER

16  THIS IS -- WHAT I'M REFERRING TO IN THIS QUESTION IS

17  MR. BESHOURI SPENT A FAIR AMOUNT OF TIME IN HIS CLOSING

18  TALKING ABOUT EUGENE BYARS.  AND HE SAID, "EUGENE BYARS IS A

19  LIAR, AND THE REASON YOU KNOW EUGENE BYARS IS A LIAR IS

20  BECAUSE HE SAYS -- EUGENE SAYS HE TALKED TO SAM CARSON IN

21  JANUARY OF '98 AT THE JAIL, AND SAM CARSON SAID, `I'M

22  WORRIED ABOUT THE TRIPLE, AND I AM WORRIED ABOUT JAMES

23  MONTGOMERY BECAUSE HE IS SNITCHING.  I AM IN A JAM.'"

24          AND THEN MR. BESHOURI SAYS, "BUT THE CASE HAD BEEN

25  DISMISSED IN P. G. COUNTY IN SEPTEMBER OF '97.  SO WHY WOULD

1   HE BE CONCERNED IN JANUARY OF '98?  EUGENE IS LYING."

2         WELL, FIRST OF ALL, SAM CARSON KNEW THAT TRIPLE

3   MURDER WASN'T GOING AWAY.  IT GOT DISMISSED IN P. G. COUNTY,

4   AND IT WAS GOING TO BE PICKED UP IN D. C., AS IT WAS.

5         I SUGGEST TO YOU HE KNEW IT WASN'T JUST GOING TO

6   DISAPPEAR AND THE POLICE WERE GOING TO FORGET ALL ABOUT IT.

7         BUT, MORE IMPORTANTLY, WHAT HAPPENED IN JANUARY OF

8   '98?  REMEMBER THAT WAS THE DATE THE POLICE EXECUTED THE

9   SEARCH WARRANT AT SAM CARSON'S HOUSE.  JANUARY OF '98 WAS

10  THE DATE THEY FOUND THE SWEAT HOODIE WITH THE WHITE TOP FROM

11  CHRISSY'S MURDER.  AND THEY FOUND THE TRAVEL DOCUMENTS WITH

12  THE FAKE NAME, MARCUS HANKINS, AND THE TRAVEL DOCUMENTS

13  TAKING HIM OUT TO VEGAS.

14        SAM CARSON, NO DOUBT, KNEW THAT THE POLICE HAD

15  COME INTO HIS HOUSE AND DONE THE SEARCH WARRANT.  THAT IS

16  SOMETHING THAT WOULD HAVE BEEN COMMUNICATED TO HIM.

17        HE KNOWS JAMES MONTGOMERY IS COOPERATING.  THEY

18  HAD AN INVESTIGATOR GO DOWN AND TALK TO HIM DOWN IN THE

19  CHARLES COUNTY JAIL.  SO, OF COURSE, HE IS WORRIED.  HE

20  KNOWS WHAT THOSE TRAVEL DOCUMENTS MEAN.  IT MEANS THAT HE

21  WENT TO VEGAS.  IT MEANS HE WENT TO VEGAS WITH "DRAPER"

22  WHERE "LONNIE" GASKINS WAS.

23        SO HE KNOWS THE NOOSE IS TIGHTENING -- THAT HE IS

24  CAUGHT.

25        I WANT YOU TO ASK YOURSELVES A QUESTION ABOUT

1   THAT -- ABOUT THOSE TRAVEL DOCUMENTS, SOMETHING THAT THE

2   DEFENSE MADE NO MENTION OF IN THEIR CLOSING.

3          WHEN YOU TRAVEL, LADIES AND GENTLEMEN -- WHEN YOU

4   MAKE AIRLINE RESERVATIONS AND YOU FLY TO SOME OTHER CITY, DO

5   YOU USE YOUR NAME OR DO YOU BRING FAKE IDENTIFICATION AND A

6   FAKE TRAVEL DOCUMENT AND FAKE TICKETS?  WHY WAS HE TRYING TO

7   HIDE THAT?

8          REMEMBER, THEY GOT UP AND SAID, "HE'S AN INNOCENT

9   MAN."  WHY, IF HE IS SO INNOCENT, IS HE TRAVELING UNDER A

10  FALSE NAME?  THE SAME ARGUMENT, OF COURSE, GOES TO "DRAPER."

11         HOW DID JAMES MONTGOMERY KNOW THAT "BUTCHIE" WAS

12  COOPERATING?  YOU KNOW "BUTCHIE" WAS COOPERATING.  HE SIGNED

13  A PLEA AGREEMENT.  IT WAS IN SECRET.  "BUTCHIE" IS MURDERED.

14  JAMES MONTGOMERY KNEW THAT FACT, THAT "BUTCHIE" WAS

15  COOPERATING.  HOW DID HE LEARN IT?  HOW WOULD HE HAVE KNOWN

16  THAT FACT IF NOT FOR "DRAPER" TELLING HIM?

17         AND I AM JUST GOING TO MAKE ONE OTHER POINT ABOUT

18  THAT TRIPLE MURDER.  MR. BESHOURI MADE MUCH OF THE FACT THAT

19  WE DIDN'T HAVE THE VAN -- EVIDENCE OF THE VAN OUTSIDE.

20         LADIES AND GENTLEMEN, CINAMA HAWKINS' EARS WERE

21  RINGING FROM HEARING ABOUT A DOZEN GUNSHOTS IN THAT HOUSE,

22  AND SHE DIDN'T HEAR THAT CAR DRIVE AWAY, BUT DO YOU REALLY

23  THINK THAT JAMES MONTGOMERY WAS GOING TO KIDNAP A 300-POUND

24  MAN WITHOUT A CAR OUTFRONT?  WAS HE GOING TO WALK HIM HOME

25  TO HIS MOTHER'S HOUSE, OR CALL A CAB OR A BUS, AND SAY,

1    "MOM, MOVE OVER.  MR. GASKINS IS GOING TO BE WITH US FOR THE

2    NEXT FEW DAYS UNTIL WE GET SOME MONEY"?

3          SO YOU DON'T KNOW THAT THE VAN WAS THERE, BUT I

4    SUGGEST YOUR COMMON SENSE TELLS YOU JUST BECAUSE CINAMA

5    HAWKINS DIDN'T HEAR IT DRIVE OFF -- IT WAS THERE.

6          FINALLY, I WANT TO TALK A LITTLE BIT ABOUT THE

7    NARCOTICS CONSPIRACY.

8          THE COURT:  WOULD THIS BE AN APPROPRIATE TIME FOR

9    A RECESS?

10         MR. ZEIDENBERG:  NOW MIGHT BE A GOOD TIME, YOUR

11    HONOR.

12         THE COURT:  WE'LL TAKE A BRIEF RECESS, LADIES AND

13    GENTLEMEN.

14         (JURY OUT.)

15

16

17

18

19

20

21

22

23

24

25

50

1       (JURY OUT.)

2       (RECESS WAS TAKEN.)

3       (AFTER RECESS.)

4       THE COURT:  ARE YOU READY FOR THE JURY?

5       MR. ZEIDENBERG:  YES, YOUR HONOR.

6       THE DEPUTY MARSHAL:  THE JURY PANEL, YOUR HONOR.

7       (JURY IN.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1       (JURY IN.)

2       THE DEPUTY CLERK:  THE JURY PANEL IS ALL PRESENT,

3   YOUR HONOR.

4       THE COURT:  THANK YOU, MARSHAL.

5       MR. ZEIDENBERG:  THE COURT'S INDULGENCE.

6       THANK YOU, YOUR HONOR.

7       LADIES AND GENTLEMEN, I WANT TO JUST SPEND A

8   COUPLE MINUTES TALKING ABOUT THE NARCOTICS CONSPIRACY.

9   MR. ZUCKER SPENT A FAIR AMOUNT OF TIME AND ASKED A NUMBER OF

10  QUESTIONS ABOUT IT.  HE BASICALLY SUGGESTED TO YOU, "LOOK,

11  IT'S NOT A CONSPIRACY.  IT'S JUST A GROUP OF GUYS THAT SELL

12  MARIJUANA, AND THEY HAPPEN TO BE FRIENDS AND, THEREFORE,

13  THEY ARE HANGING OUT TOGETHER."

14      WELL, HIS ANALOGY TO A FLEA MARKET IS ONE THAT

15  BEARS, I THINK, CLOSER INSPECTION.  HE SAYS IT'S LIKE A

16  GROUP OF PEOPLE WHO SELL ANTIQUES, AND THEY ALL HAVE THEIR

17  BOOTHS TOGETHER.

18      WE HAVE ALL SEEN FLEA MARKETS OR HAVE SOME IDEA

19  WHAT HE IS REFERRING TO.  HE SAYS PEOPLE COME DOWN THERE,

20  AND THEY GO THERE AND THEY ATTRACT CUSTOMERS BECAUSE

21  EVERYONE KNOWS THIS IS WHERE THE ANTIQUES ARE SOLD.

22      WELL, IF THAT IS WHAT WAS GOING ON, WHY, ON

23  NOVEMBER 16, 1995, DID VINCENT HILL NEED TO DISCUSS WITH

24  JEROME MARTIN THE PRICE OF A QUARTER POUND OF MARIJUANA

25  BEFORE SELLING IT TO INVESTIGATOR ABDALLA?

1    THINK ABOUT THAT.  YOU GO TO THE FLEA MARKET, AND

2 THERE IS ONE LITTLE VENDOR, AND THERE IS ANOTHER VENDOR.

3 WHEN YOU GO TO THAT FIRST VENDOR AND LOOK AT A LAMP AND SAY,

4 "I LIKE THAT LAMP, AND HOW MUCH IS IT?" WOULDN'T YOU BE

5 SURPRISED IF THAT VENDOR WENT TO THE VENDOR NEXT TO HIM AND

6 SAID, "HOW MUCH IS MY LAMP?  HOW MUCH SHOULD I SELL IT FOR?"

7    AND IF YOU SAW THAT, WOULDN'T YOU IMMEDIATELY

8 RECOGNIZE, EVEN IF YOU DIDN'T KNOW ALL THE DETAILS, THAT

9 THERE IS SOMETHING ELSE GOING ON BETWEEN THESE TWO VENDORS?

10 NOTHING NECESSARILY SINISTER, BUT THERE IS A BUSINESS

11 RELATIONSHIP THAT WAS NOT IMMEDIATELY APPARENT TO YOU.

12    MR. ZUCKER DOESN'T ADDRESS THAT SCENARIO.  WHY DID

13 GARY PRICE DIRECT INVESTIGATOR ABDALLA NOT TO PURCHASE FROM

14 AN UNKNOWN SUBJECT AND DIRECT HIM TO VINCENT HILL, WHO THEN

15 MAKES THE SALE?

16    THINK ABOUT IT.  YOU GO TO THE MALL.  YOU GO INTO

17 HECHT'S.  YOU'RE ABOUT TO MAKE A PURCHASE.  HAVE YOU EVER

18 BEEN ACCOSTED BY SOMEONE FROM NORDSTROM'S DIRECTING, "NO.

19 NO.  YOU'RE NOT BUYING IT HERE.  GO DOWN THE MALL.  COME ON.

20 YOU'RE BUYING IT AT NORDSTROM'S"?

21    HAVE YOU EVER HEARD OF THAT HAPPENING, OR IF IT

22 DID HAPPEN, WOULDN'T YOU THINK THERE IS SOMETHING GOING ON

23 HERE THAT IS NOT TYPICAL?

24    THESE ARE NOT JUST PEOPLE WORRIED ABOUT THEIR OWN

25 LITTLE MARKET.  THEY'RE MAKING THEIR OWN MARKET.  THEY ARE

1   NOT JUST A BUNCH OF INDEPENDENT SELLERS WHO HAPPEN TO BE IN

2   THE SAME PROXIMITY.  THEY ARE LIKE A CARTEL, LIKE OPEC, WHO

3   CONTROL THE NEIGHBORHOOD, AND CONTROL THE MARKET, AND

4   CONTROL WHO SELLS WHERE TO WHOM.

5         I HAVE GOT ANOTHER QUESTION.  WHY DOES JEROME

6   MARTIN, AFTER SELLING TO INVESTIGATOR ABDALLA TWO

7   $50.00 BAGS OF MARIJUANA, TURN THE MONEY OVER TO VINCENT

8   HILL?  THAT HAPPENED ON NOVEMBER 15TH, 1995, ONE OF THE

9   OCCASIONS MS. HEPWORTH CONCEDED TO YOU ACTUALLY HAPPENED.

10  SHE DOESN'T DISPUTE IT.  THINK ABOUT THAT.

11        ABDALLA GOES TO BUY MARIJUANA FROM VINCENT HILL.

12  VINCENT HILL GIVES HIM ONE $50.00 BAG.  ABDALLA WANTS TWO

13  MORE.  JEROME MARTIN GIVES TO ABDALLA TWO ADDITIONAL $50.00

14  BAGS.  ABDALLA GIVES THE MONEY, NATURALLY, TO JEROME MARTIN,

15  WHO HAD JUST GIVEN HIM THE MARIJUANA.

16        NOW, IF NOTHING MORE HAPPENED THAN THAT, YOU MIGHT

17  SAY, "WELL, MAYBE MR. ZUCKER'S THEORY IS CORRECT.  MAYBE

18  THEY ARE JUST INDEPENDENT SELLERS."  BUT WHAT HAPPENED AFTER

19  THAT.  MARTIN TURNS AROUND AND GIVES THE MONEY TO VINCENT

20  HILL.

21        NOW, WHAT'S GOING ON HERE?  IT WOULD BE LIKE THAT

22  FLEA MARKET SCENARIO.  YOU GO TO A VENDOR TO MAKE A

23  PURCHASE, VENDOR NUMBER 1.  VENDOR NUMBER 1 SAYS, "I DON'T

24  HAVE WHAT YOU'RE LOOKING FOR.  WHY DON'T YOU TRY MY NEIGHBOR

25  NEXT DOOR.  HE USUALLY HAS THAT."  SO YOU MIGHT THINK MAYBE,

1    LIKE MR. ZUCKER SAYS, HE IS JUST A FRIEND REFERRING A SALE.

2    SO YOU GO TO VENDOR NUMBER 2 AND YOU MAKE A PURCHASE.  YOU

3    GIVE THE MONEY TO VENDOR NUMBER 2.

4            AND YOU'RE LEAVING.  AND AS YOU LEAVE, YOU SEE

5    VENDOR NUMBER 2 TAKE THE MONEY YOU JUST GAVE HIM AND HAND IT

6    TO VENDOR NUMBER 1.

7            AGAIN, YOU'RE SAYING TO YOURSELF, "THERE IS

8    SOMETHING GOING ON HERE.  THERE IS SOME FINANCIAL

9    RELATIONSHIP BETWEEN THESE VENDORS THAT I AM NOT

10   UNDERSTANDING, BUT, CLEARLY, THERE IS SOME SORT OF

11   UNDERSTANDING -- A BUSINESS ARRANGEMENT."

12           AND THAT'S WHAT'S GOING ON OUT ON K STREET FOR ALL

13   THOSE YEARS, A BUSINESS RELATIONSHIP BETWEEN THESE

14   DEFENDANTS TO MAXIMIZE THEIR PROFITS.

15           MS. HEPWORTH -- AND I HAVE TO ADDRESS THIS JUST

16   BRIEFLY -- SAID IN HER CLOSING, "WHERE DO YOU SEE A PICTURE

17   OF MY CLIENT, JEROME MARTIN, WITH GARY PRICE?"  AND SINCE

18   SHE ASKED, SINCE WE HAVE ONE HANDY, I WANTED TO SHOW HER IN

19   CASE SHE HAD FORGOTTEN, AND YOU ALL.  (SHOWING PICTURE.)

20   HERE IS GARY PRICE.  HERE IS JEROME MARTIN.  AND HERE'S

21   VINCENT HILL RIGHT HERE.  AND RIGHT IN THE MIDDLE WHERE THE

22   ARROW IS IS A CUSTOMER.

23           YOU CAN SEE GARY PRICE, JEROME MARTIN AND VINCENT

24   HILL.  JEROME MARTIN'S HAND IS EXTENDED TOWARDS VINCENT

25   HILL.  GARY PRICE IS SERVING HIM.  AND IF THAT ISN'T TEAM

1    WORK AND WORKING TOGETHER, I DON'T KNOW WHAT IS.

2          LET ME JUST TALK BRIEFLY ABOUT THE MONEY.  WHERE'S

3    THE MONEY?  WHERE'S THE MONEY?  THE DEFENSE RAISED THAT

4    QUESTION.  AND IT DESERVES AT LEAST A FEW MINUTES OF YOUR

5    ATTENTION.

6          WE DON'T KNOW WHERE ALL THE MONEY IS.  HAVE YOU

7    EVER HEARD THE EXPRESSION "EASY COME, EASY GO."  THEY WERE

8    MAKING THAT MONEY HAND OVER FIST, A THOUSAND DOLLARS IN AN

9    HOUR.

10         YOU HAVE HEARD QUITE A BIT ABOUT THESE DEFENDANTS.

11   DO THEY SEEM LIKE THE TYPE THAT ARE GOING TO GO OUT AND OPEN

12   AN IRA ACCOUNT WITH THAT MONEY, OR ARE THEY GOING TO  BLOW

13   IT AS FAST AS THEY MADE IT.  YOU HEARD ABOUT CRAP GAMES

14   WHERE THEY LOST FIVE THOUSAND, TEN THOUSAND AND FIFTY

15   THOUSAND DOLLARS IN A GAME.

16         WHAT DO THEY CARE?  THERE IS MORE WHERE THAT CAME

17   FROM THE VERY NEXT DAY.  THEY CAN GO OUT THE NEXT DAY AND

18   EARN ANOTHER FIVE THOUSAND DOLLARS.  EASY COME, EASY GO.

19         BUT YOU DID SEE EVIDENCE OF WEALTH.  JEROME MARTIN

20   WAS DRIVING AROUND IN A $34,000.00 ACURA.  THEN HE PAYS

21   $11,000.00 CASH FOR AN MPV VAN.  WHERE DID HE GET THAT KIND

22   OF MONEY?

23         SEAN COATES IS DRIVING AROUND IN A LATE-MODEL Q45

24   INFINITE, A LUXURY CAR.  WHERE DID HE GET THE MONEY?

25         WILLIAM SWEENEY -- YOU HEARD AGENT LISI TESTIFY,

1   AND WE HAVE INTRODUCED THE DOCUMENTS THAT WERE TAKEN -- PAY

2   RECEIPTS FOR LAWYERS.  $40,000.00 HE PAID OVER A FEW-DAYS

3   SPAN TO A LAWYER TO REPRESENT HIM -- ALL MONEY ORDERS PAID

4   BY FAMILY MEMBERS.  THEY HAVE DEPOSITS PUT INTO THEIR

5   ACCOUNT -- THE FAMILY MEMBER -- $5,000.00 CASH.  THEN THEY

6   WRITE A CHECK FOR $5,000.00 TO THE LAWYER.  IT'S

7   MONEY-LAUNDERING, LADIES AND GENTLEMEN.

8           MR. ZUCKER:  OBJECTION.

9           MR. ZEIDENBERG:  THAT'S WHERE THEY ARE GETTING

10  THAT MONEY.

11          THE COURT:  OVERRULED.

12          MR. ZEIDENBERG:  MR. JONES' ARGUMENT IS, "HEY, IF

13  THEY HAD MONEY, THEY WOULDN'T HAVE COURT-APPOINTED LAWYERS.

14  WE'RE COURT-APPOINTED LAWYERS."

15          WELL, WHAT DID YOU HEAR FROM THE COOPERATORS WHO

16  TESTIFIED?  ONE AFTER ANOTHER SAID, "YES, I WAS MAKING TONS

17  OF MONEY, AND WHEN I GOT ARRESTED, I ALWAYS HAD A

18  COURT-APPOINTED LAWYER.  WHAT WAS I GOING TO DO?  SAY THAT I

19  HAVE GOT TONS OF MONEY THAT I MAKE SELLING MARIJUANA, AND I

20  CAN PAY FOR MY OWN LAWYER?"

21          THEY LIED.  THEY SAID, "I DON'T HAVE MONEY.  GIVE

22  ME A LAWYER."

23          SO I DON'T THINK YOU CAN DEDUCE OR REST TOO

24  HEAVILY ON THE FACT THAT BECAUSE THEY HAVE COURT-APPOINTED

25  LAWYERS, THAT THEY ARE NECESSARILY DESTITUTE.

1        AND, FINALLY, TO BE CLEAR ABOUT GARY PRICE AND THE

2   OTHER DEFENDANTS -- MR. ZUCKER MADE THE ARGUMENT THAT HIS

3   CLIENT, "HARRY O," GARY PRICE, COULDN'T BE GUILTY BECAUSE HE

4   DIDN'T GO ON RIDE-BY SHOOTINGS, AND HE WASN'T INVOLVED IN

5   THE VIOLENCE.  SO THAT PROVES HE IS NOT PART OF THE

6   CONSPIRACY.

7        LADIES AND GENTLEMEN, THERE ARE TWO CONSPIRACIES

8   ALLEGED IN THE INDICTMENT.  THERE IS A NARCOTICS CONSPIRACY,

9   AND THERE IS A RICO CONSPIRACY.  THE GOVERNMENT HAS ALLEGED

10  THAT GARY PRICE IS ONLY INVOLVED IN THE NARCOTICS

11  CONSPIRACY.  TWO SEPARATE COUNTS.

12       ON THE RICO CONSPIRACY, I WANT TO GO BACK.  THEY

13  SAY, "IT'S NOT A GROUP.  IT'S NOT A GROUP.  IT'S NOT A

14  GROUP.  THEY CAN'T PROVE WE'RE A GROUP.  WE'RE JUST A BUNCH

15  OF FRIENDS."

16       I'M GOING TO GO BACK AND ASK YOU TO THINK AGAIN

17  ABOUT WHAT VINCENT HILL SAID ON THAT AUDIOTAPE THAT

18  MS. CHATURVEDI PLAYED FOR YOU DURING HER CASE IN CHIEF AND

19  DURING HER CLOSING.  I AM NOT GOING TO PLAY IT AGAIN, BUT HE

20  SAID -- HE WAS TALKING TO ABDALLA AND HE WARNS ABDALLA, "BE

21  CAREFUL.  THE F.B.I. IS OUT HERE."  AND ABDALLA SAYS,

22  "F.B.I.?  WHY IS THE F.B.I. CONCERNED ABOUT MARIJUANA?" AND

23  VINCENT HILL SAYS, "IT'S NOT THE MARIJUANA THEY'RE AFTER.

24  THEY'RE AFTER US BECAUSE OF WHO WE ARE.  WHO WE ARE."

25       THINK ABOUT THAT.  VINCENT HILL HIMSELF

1    ACKNOWLEDGES AND ADMITS ON TAPE THE POLICE AREN'T AFTER THEM

2    BECAUSE OF THE MARIJUANA.  "IT'S WHO WE ARE," AND "WHO WE

3    ARE" HE KNOWS IS KILLERS.

4           THAT'S WHY THE POLICE AND THE F.B.I. ARE AFTER

5    THEM.  THE F.B.I. DOESN'T NORMALLY TARGET LOCAL DRUG

6    DEALERS -- NOT THIS TASK FORCE, THE ONE AGENT LISI WAS

7    WORKING FOR.  THEY TARGET THE MOST VIOLENT AND DANGEROUS

8    DRUG GANGS AND CREWS IN THE CITY.

9           AND VINCENT HILL KNEW IT.  AND THAT'S WHAT HE WAS

10   EXPLAINING TO ABDALLA.  "HE'S NOT AFTER US.  THE F.B.I. IS

11   NOT AFTER US BECAUSE WE SELL WEED.  IT'S BECAUSE OF WHO WE

12   ARE."

13          NOW, AGAIN -- AND I TALKED TO YOU A LITTLE BIT

14   ABOUT THIS WHEN I WAS GOING THROUGH MY CLOSING.  WHY WAS

15   JAMES MONTGOMERY TRYING TO KILL WORM'S MOTHER?  WHY WERE

16   PAUL FRANKLIN AND DONALD NICHOLS TRYING TO KILL WITNESSES?

17   WHY WAS JAMES MONTGOMERY TRYING TO AVENGE THE SHOOTING OF

18   VINCENT HILL?  THOSE ARE JUST THREE EXAMPLES, ALL SUGGESTED

19   IN DEFENSE COUNSEL'S CLOSINGS THAT THEY ARE TAKING THAT --

20   THAT IT HAPPENED.

21          MR. KIERSH SUGGESTED THE REASON WHY YOU SHOULDN'T

22   BELIEVE JAMES MONTGOMERY IS BECAUSE HE IS SO DESPICABLE.

23   MR. ZUCKER SAID FRANKLIN AND NICHOLS ARE DESPICABLE BECAUSE

24   THEY WERE TRYING TO KILL WITNESSES.  MONTGOMERY, ACCORDING

25   TO MR. BESHOURI, HAD A MOTIVE TO KILL MANUTE SOWELLS BECAUSE

1    MANUTE SOWELLS WAS INVOLVED IN THE SHOOTING OF VINCENT HILL.

2              WELL, WHY --

3              MR. BESHOURI:  I OBJECT AGAIN, YOUR HONOR.

4              THE COURT:  APPROACH THE BENCH.

5              (BENCH CONFERENCE.)

1       (BENCH CONFERENCE.)

2          MR. BESHOURI:  YOUR HONOR, MR. ZEIDENBERG HAS

3  TWICE ATTRIBUTED ARGUMENTS TO ME THAT I DID NOT MAKE.  THIS

4  IS THE SECOND TIME HE HAS MADE THIS ARGUMENT.  I NEVER

5  ARGUED THAT MR. MONTGOMERY WAS TRYING TO AVENGE THE SHOOTING

6  OF MR. HILL.  I SAID HE WAS TRYING TO AVENGE THE MURDER OF

7  HIS BEST FRIEND, "SQUIRMY".

8         I WASN'T SPEAKING RUSSIAN OUT THERE.

9  MR. ZEIDENBERG HEARD WHAT I SAID.  IT'S AN INAPPROPRIATE

10  ARGUMENT FOR HIM TO MAKE TO ATTRIBUTE THAT TO ME.

11         MR. ZEIDENBERG:  THAT'S NOT MY MEMORY.  I AM NOT

12  GOING TO ARGUE WITH MR. BESHOURI.  I WILL RESTATE IT.

13         THAT'S CERTAINLY WHAT I RECALL OF THE

14  CROSS-EXAMINATION -- I MEAN OF THE ARGUMENT THAT WAS MADE,

15  BUT IT DOESN'T CHANGE THE IMPORT OF MY ARGUMENT.

16         THE COURT:  I DO REMEMBER YOU MAKING THE ARGUMENT

17  WITH RESPECT TO "SQUIRMY".  I ALSO THOUGHT -- MY

18  RECOLLECTION WAS THAT YOU MADE THE ARGUMENT WITH RESPECT TO

19  MANUTE.

20         MR. BESHOURI:  WITH RESPECT TO MR. HILL?

21         THE COURT:  ARE YOU TELLING ME YOU ABSOLUTELY DID

22  NOT DO IT?

23         MR. BESHOURI:  THE WAY IT WAS FRAMED WAS

24  MR. MONTGOMERY HAD FOUND OUT FROM VIC TAYLOR THAT SOWELLS

25  WAS INVOLVED IN THE SHOOTING OF VINCENT HILL.  AND

1   MR. MONTGOMERY WANTED TO AVENGE THE SHOOTING OR THE KILLING

2   OF HIS BEST FRIEND, "SQUIRMY".  SO WHEN HE FOUND OUT THAT

3   SOWELLS --

4            THE COURT:  I RECALL THAT.

5            MR. BESHOURI:  THAT'S HOW IT FIT IN.  NOW

6   MR. ZEIDENBERG IS SAYING THAT I WAS SAYING HE WAS TRYING TO

7   AVENGE THE SHOOTING OF MR. HILL.  THAT WAS A FACT I PUT IN

8   THERE TO SET UP THE CIRCUMSTANCES.  CLEARLY WHAT I SAID WAS

9   HE WAS TRYING TO AVENGE THE MURDER OF HIS BEST FRIEND,

10  "SQUIRMY."  AND "SQUIRMY" WAS NOT PART OF THIS CONSPIRACY,

11  THE SAME GROUP THAT MR. ZEIDENBERG HAS ALLEGED --

12           MR. ZEIDENBERG:  I AM NOT GOING TO BELABOR IT,

13  YOUR HONOR.

14           THE COURT:  ALL RIGHT.  I HAVE NO RECOLLECTION

15  WHICH WOULD PERMIT ME TO DO ANYTHING CORRECTIVE AT THIS

16  STAGE.  IN FACT, MY RECOLLECTION COINCIDES WITH

17  MR. ZEIDENBERG'S, BUT I AM NOT SUFFICIENTLY CERTAIN.  JUST

18  MOVE ON.

19           MR. ZEIDENBERG:  VERY WELL.

20           (END OF BENCH CONFERENCE.)

21

22

23

24

25

1        (END OF BENCH CONFERENCE.)

2        THE COURT:  YOU MAY PROCEED.

3        MR. ZEIDENBERG:  WHY WAS IT THAT ALL OF THESE

4   WITNESSES WERE BEING TARGETED AND WHY WAS IT THAT VENGEANCE

5   WAS SO HIGH ON THE LIST OF PRIORITIES IF THEY ARE NOT A

6   GROUP?

7        THEY ARE A GROUP.  THEY DEFENDED ONE ANOTHER'S

8   TURF.  THEY DEFENDED ONE ANOTHER FROM ATTACK.  AND THEY

9   RETALIATED ON BEHALF OF ONE ANOTHER BECAUSE THEY KNEW THE

10  SAME WOULD BE DONE FOR THEM IF THE SHOE WERE ON THE OTHER

11  FOOT.

12       IF THEY'RE IN JAIL, THEY EXPECT THEIR CREW MEMBERS

13  TO COME TO THEIR ASSISTANCE BY INTIMIDATING OR KILLING

14  WHOEVER THEY NEEDED KILLED OR INTIMIDATED.

15       FINALLY, WHY WAS THE L STREET CREW TRYING TO KILL

16  THESE DEFENDANTS?  THEY SAY, "WE'RE NOT A GROUP.  WE'RE JUST

17  FRIENDS WHO HANG OUT TOGETHER OCCASIONALLY.  WE GREW UP IN

18  THE NEIGHBORHOOD."

19       WELL, THINK ABOUT THE L STREET DEFENDANTS.

20  REMEMBER THERE WERE TWO SEPARATE INDICTMENTS.  THERE WAS AN

21  L STREET INVESTIGATION AND A K STREET INVESTIGATION.

22       YOU HEARD FROM SOME OF THE L STREET DEFENDANTS:

23  MANUTE, SOWELLS, DEMETRIUS HUNTER, "MEECHIE."  AND THEY SAID

24  "LOOK, WE WERE A CREW FROM L STREET.  OUR LEADER WAS

25  "WOOZIE", THOMAS FIELDS.  WE SOLD MARIJUANA ON L STREET.

1   AND WE ARE A GROUP.  WE WERE INVOLVED IN A CONSPIRACY TO

2   SELL MARIJUANA, AND EVENTUALLY WE DEVELOPED A TURF WAR WITH

3   THESE GUYS, K STREET, BECAUSE ONE OF THEIRS HAD KILLED

4   `SQUIRMY," WHO WAS ONE OF THE K STREET CREW, AND THEN JOEY

5   SIMMONS GOT KILLED, AND THERE WAS A WAR ON."

6          AND THOSE L STREET PEOPLE AREN'T MAKING THAT UP.

7   THEY PLED GUILTY TO IT.  IT'S NOT A CONSPIRACY COOKED UP IN

8   THE MIND OF AGENT LISI.  THEY SAID, "YES, WE WERE A CREW

9   TRYING TO KILL THESE GUYS.  AND THEY WERE TRYING TO KILL US

10  BACK."

11         NOW, THE L STREET GUYS HAD NO TROUBLE IDENTIFYING

12  THIS CREW.  THEY SAID, "THE LEADER IS VINCENT HILL."  I

13  ASKED DEMETRIUS HUNTER, "MEECHIE", "HOW DO YOU KNOW HE WAS

14  THE LEADER?"  "IT WAS OBVIOUS.  WE CALLED HIM DON CORLEONE.

15  FROM THE WAY HE TALKED TO PEOPLE, YOU KNEW HE WAS THE

16  LEADER."

17         "WHAT DO YOU MEAN?  HOW DID HE TALK TO PEOPLE?"

18  "HE TALKED TO GROWN MEN LIKE THEY WERE LITTLE BOYS.  HE WAS

19  THE LEADER.  WE WANTED HIM THE MOST BECAUSE THE BRAINS --

20  HE'S THE BRAINS, THE LEADER.  `CHIN' AND `DRAPER' -- THEY

21  ARE THE MOST DANGEROUS.  THEY'RE THE MUSCLE.  THEY ARE THE

22  KILLERS.  WE WANTED THEM, TOO."

23         L STREET KNEW THEY WERE A GROUP.  "HARRY O" -- HE

24  WAS ON THE LIST.  THEY ASSOCIATED HIM WITH THAT CREW AS

25  WELL, AND THEY WOULD HAVE KILLED HIM IF THEY HAD THE CHANCE.

1    THEY HAD NO DIFFICULTY IN IDENTIFYING THE CREW MEMBERS FROM

2    K STREET.

3              NOW, LADIES AND GENTLEMEN, ON RICO, FINALLY, LET

4    ME JUST TELL YOU THIS.  YOU HAVE HEARD FROM THE DEFENSE THAT

5    THERE WEREN'T ANY MEETINGS, THERE WEREN'T KICKBACKS, THERE

6    WEREN'T SHARED DRUGS, THERE IS NO GRAFFITI, THERE ARE NO

7    DRUG SIGNS, AND THERE'S NONE OF THESE THINGS THAT THEY SAY

8    YOU NEED TO HAVE TO BE A RICO CREW OR A RICO ORGANIZATION.

9              WELL, I COMMEND YOU THE JURY INSTRUCTIONS FROM

10   JUDGE JACKSON.  HE WILL INSTRUCT YOU.  YOU WILL GET A COPY.

11   AND YOU'RE NOT GOING TO FIND ANY OF THOSE ITEMS IN THOSE

12   INSTRUCTIONS OF WHAT YOU NEED TO FIND BEFORE YOU CAN FIND A

13   RICO.  ALL YOU HAVE TO FIND IS AN ASSOCIATION IN FACT, AND

14   THAT'S WHAT YOU HAVE RIGHT HERE.

15             NOW, MAKE NO MISTAKE ABOUT IT, LADIES AND

16   GENTLEMEN.  THE DEFENSE IN THIS CASE IS THAT THEY ARE THE

17   VICTIMS, NOT "CREEKO", NOT "PATCHO", NOT TIMOTHY BENTON, NOT

18   MAURICE HALLMAN, NOT LEONARD HYSON, AND NOT CHRISSY GLADDEN.

19             THESE ARE THE VICTIMS, THE VICTIMS OF A

20   CONSPIRACY.  AND THAT'S THE WORD BECAUSE MR. KIERSH SAID

21   THAT THE F.B.I. WAS SO UPSET WHEN ONE OF THEIR COOPERATORS

22   KILLED ANOTHER THAT THEY HAD TO FIND SOMEONE TO STICK THESE

23   MURDERS ON.  SO THEY PICKED HIS CLIENT.

24             MR. DAVIS AND MR. JONES SAY THIS ALL STARTED

25   BECAUSE OF A PERSONAL DISLIKE BETWEEN AGENT LISI AND VINCENT

1    HILL, AND THAT HE CONCOCTED THIS CASE AND PUT IT TOGETHER.

2            MS. NEGIN-CHRIST SAID THAT WE HAND OUT SCRIPTS.

3    IT'S JUST A PRODUCTION, A FICTION LIKE A MOVIE WHERE WE

4    HAND OUT SCRIPTS AND TELL PEOPLE WHAT TO SAY.

5            MS. HEPWORTH SAID IT WAS CORRUPT.  CORRUPT.  THEY

6    ARE THE VICTIMS.

7            AND, LADIES AND GENTLEMEN, IT IS EASY TO GET UPSET

8    BECAUSE THE ACCUSATIONS ARE SERIOUS -- VERY SERIOUS.  AND

9    IT'S EASY TO POUND THE TABLE AND ROAR BACK IN KIND.  AND I

10   AM NOT GOING TO DO THAT BECAUSE IN THINKING ABOUT THIS AND

11   HOW TO RESPOND TO IT, I THOUGHT, "WHAT ELSE ARE THEY GOING

12   TO SAY?  WHAT ELSE CAN THEY SAY?"

13           THEY SAT THROUGH THE TRIAL, JUST AS YOU DID.  THEY

14   SEE THE EVIDENCE STACKING UP.  THEY SEE HOW THE COOPERATORS'

15   TESTIMONY, THE PHYSICAL EVIDENCE, THE EYEWITNESS EVIDENCE,

16   THE BALLISTICS EVIDENCE, AND THE FINGERPRINTS EVIDENCE ALL

17   FITS TOGETHER AND HOW IT ALL BUILDS, LAYER UPON LAYER, AND

18   HOW THERE IS NO WAY OUT.

19           THERE IS NO EXPLANATION THAT THEY CAN COME UP WITH

20   AND GIVE YOU THAT EXPLAINS AWAY ALL OF THIS EVIDENCE.  WHAT

21   ARE THEY GOING TO DO?  ARE THEY GOING TO COME IN AND SAY,

22   "YOU GOT ME.  THAT'S AN IMPRESSIVE CASE.  YOU REALLY TIE

23   THAT ONE UP WITH A BOW.  WE SURRENDER.  YOU GOT US"?

24           THEY CAN'T DO THAT.  THEY HAVE TO COME UP AND GIVE

25   A DEFENSE AND GIVE A CLOSING AND GIVE AN EXPLANATION, AND

1    BECAUSE THERE IS NO EXPLANATION THEY CAN GIVE THAT ACCOUNTS

2    FOR THIS MOUNTAIN OF EVIDENCE, THEY SIMPLY SAY, "WE'RE THE

3    VICTIMS OF A GOVERNMENT CONSPIRACY."

4            LADIES AND GENTLEMEN, MS. NEGIN-CHRIST COMPARED

5    THIS TO A MOVIE.  WE WISH THAT IT WERE, BUT IT'S REAL.  IT'S

6    ALL REAL.

7            CHRISHAUNA GLADDEN, AN 18-YEAR-OLD WOMAN, WAS

8    MURDERED FOUR DAYS BEFORE SHE WAS TO TESTIFY, SIMPLY BECAUSE

9    SHE WAS A WITNESS.

10           MELODY ANDERSON, A 22-YEAR-OLD WOMAN, WAS MURDERED

11   AS SHE STOOD OUTSIDE THAT HOUSE IN TEMPLE HILLS, EXECUTED IN

12   THE HEAD, THE DAUGHTER OF A UNITED STATES MARSHAL.  SHE HAD

13   A BRIGHT FUTURE.  SHE WILL NEVER SEE IT.

14           "TEE-TEE" -- TERESA THOMAS AND TERITA LUCAS WERE

15   BOTH MURDERED IN FRONT OF THEIR CHILDREN.  THOSE BABIES WILL

16   GROW UP NEVER KNOWING THEIR MOTHERS AND WILL BE COMFORTED

17   ONLY BY THEIR GRANDMOTHER AND PHOTOGRAPHS AND MEMORIES OF

18   WHO THEIR MOTHERS WERE.

19           I COULD GO ON AND ON.  THE LIST IS LONG, IT'S

20   GRIM, AND IT'S REAL.  IT'S NOT A MOVIE.  IT REALLY HAPPENED.

21   AND THEY ARE RESPONSIBLE.

22           LADIES AND GENTLEMEN, FOR TEN YEARS THESE

23   DEFENDANTS TERRORIZED AND TERRIFIED A LARGE SEGMENT OF OUR

24   CITY.  THEY TOOK WHAT THEY WANTED, WHETHER IT WAS PROPERTY,

25   DRUGS, OR LIVES.

1      THEY DID WHAT THEY WANTED BECAUSE THEY HAD THE

2   POWER.  THEY HAD THE POWER BECAUSE THEY HAD GUNS, AND THEY

3   WERE MORE THAN WILLING AND EAGER TO USE THEM.

4      AND EVERYONE KNEW IT.  AND EVERYONE SOON KNEW WHAT

5   WOULD HAPPEN IF YOU CROSSED THEM.  THEY HAD THE POWER OF

6   MIGHT, BUT NOW, LADIES AND GENTLEMEN, AT LONG LAST, THE TIDE

7   HAS TURNED.  NOW, YOU HAVE THE POWER.  YOU HAVE THE POWER

8   NOT OF MIGHT, BUT OF RIGHT, THE POWER OF THE LAW.  YOU HAVE

9   THE POWER AT LONG LAST TO SEE THAT JUSTICE IS FINALLY DONE

10  HERE.  WE ASK THAT YOU USE THAT POWER WISELY.  WE ASK THAT

11  YOU USE THAT POWER AND TO FIND THESE DEFENDANTS GUILTY.

12      THANK YOU.

13      THE COURT:  ALL RIGHT, LADIES AND GENTLEMEN.  I

14  WILL BE INSTRUCTING YOU ON THE LAW THIS AFTERNOON, AND WE

15  WILL TAKE OUR NOONTIME RECESS AT THIS POINT.  AND SINCE WE

16  ARE CONCLUDING EARLY HERE THIS MORNING, I WOULD LIKE TO

17  START AT 1:30 THIS AFTERNOON.

18      (JURY OUT.)

19

20

21

22

23

24

25

1        (JURY OUT.)

2        MR. KIERSH:  YOUR HONOR, WOULD YOU LIKE TO TAKE

3   OUR OBJECTIONS NOW OR AT 1:30?

4        THE COURT:  I AM SORRY.

5        MR. KIERSH:  WOULD YOU LIKE TO TAKE OUR OBJECTIONS

6   NOW OR AT 1:30 -- THE OBJECTIONS TO THE CLOSING ARGUMENT?

7        THE COURT:  I WILL TAKE THEM NOW.

8        MR. KIERSH:  OKAY.

9        NUMBER ONE, ON BEHALF OF MR. SWEENEY,

10  MR. ZEIDENBERG RIGHT AT THE END OF HIS CLOSING ARGUMENT,

11  WHEN HE WAS TALKING ABOUT MELODY ANDERSON, TOLD THIS JURY

12  SHE WAS THE DAUGHTER OF A UNITED STATES MARSHAL.  NOW THAT

13  MAY BE TRUE -- IN FACT, IT IS TRUE, BUT THERE WAS ABSOLUTELY

14  NO EVIDENCE INTRODUCED IN THIS TRIAL THAT MELODY ANDERSON IS

15  THE DAUGHTER --

16       THE COURT:  I KNEW THAT TO BE A FACT.  NOW, HOW

17  DID I KNOW THAT?

18       MR. KIERSH:  IT IS COMMON KNOWLEDGE AROUND THE

19  COURTHOUSE.

20       MR. ZEIDENBERG:  I AM SORRY, YOUR HONOR.  I DON'T

21  MEAN TO INTERRUPT MR. KIERSH, BUT MR. MONTGOMERY TESTIFIED

22  ABOUT THAT FACT BECAUSE THAT WAS ONE OF THE REASONS HE WAS

23  SO CONCERNED ABOUT IMPLICATING HIMSELF AND ACTUALLY GOING IN

24  THE HOUSE, BECAUSE HE KNEW THAT SHE WAS A MARSHAL'S

25  DAUGHTER.  AND HE WAS CONCERNED FOR HIS SAFETY IF HE HAD

1   PLED GUILTY TO THAT.

2           MR. KIERSH:  THAT IS NOT MY RECOLLECTION, BUT IF

3   THAT IS THE EVIDENCE -- IF THAT IS THE STATE OF THE RECORD,

4   THAT'S THE STATE OF THE RECORD.  SO I WILL JUST MOVE ON FROM

5   THERE.  I ACTUALLY DO NOT RECALL THAT.  I DON'T DISPUTE IT

6   RIGHT NOW.  I WILL DOUBLE-CHECK.

7           THE COURT:  I DON'T KNOW WHERE ELSE I WOULD HAVE

8   HEARD IT.  I HAD CERTAINLY NOT HEARD IT AROUND THE

9   COURTHOUSE.

10          MR. KIERSH:  A LOT OF PEOPLE SEEM TO KNOW THAT

11  FACT.

12          THE COURT:  ALL RIGHT.

13          MR. KIERSH:  MR. ZEIDENBERG SAID TO THE JURY, WHEN

14  TALKING ABOUT THE FINGERPRINTS OF MR. SWEENEY -- HE SAID TO

15  THE JURY, "WELL, DO YOU BELIEVE THOSE FINGERPRINTS WOULD

16  STILL BE THERE?" SUGGESTING THAT THAT'S WHY THEY WERE THERE

17  FROM THAT NIGHT, THE NIGHT OF THE TRIPLE MURDER.  AND

18  ORDINARILY I WOULD HAVE OBJECTED, BUT I DIDN'T BECAUSE THE

19  COURT ASKED US TO HOLD OFF.  BUT THE EVIDENCE FROM AGENT

20  LISI AND FROM THE FINGERPRINT EXAMINER IS THAT THERE IS NO

21  WAY YOU CAN DATE A FINGERPRINT.

22          SO THAT WAS THE GOVERNMENT'S OWN EVIDENCE THAT A

23  FINGERPRINT MAY BE FOUND --

24          THE COURT:  BUT YOUR EVIDENCE WAS TO THE EFFECT

25  THAT HE HAD BEEN THERE SOMETIME BEFORE -- A CONSIDERABLE

1   PERIOD OF TIME BEFORE, AND THAT WAS THE SOURCE OF THE

2   FINGERPRINT.

3          MR. KIERSH:  THAT'S RIGHT, BUT FOR MR. ZEIDENBERG

4   TO ARGUE IF THEY FOUND THE FINGERPRINT THAT DAY AND

5   SUGGESTING IT COULDN'T HAVE BEEN FROM ANOTHER DAY WHEN

6   THAT'S INCONSISTENT WITH THE EVIDENCE, AND IT COULD HAVE

7   BEEN ANY DAY, ANY TIME, I WOULD SUBMIT IS IMPROPER ARGUMENT

8   TO THE JURY.

9          THE COURT:  THAT OBJECTION IS OVERRULED.

10          MR. KIERSH:  MR. ZEIDENBERG, WHEN HE TALKED ABOUT

11   THE GLENN JENKINS MURDER, SAID THAT -- WHAT HE SAID THE

12   TESTIMONY WAS IS THAT SEAN COATES WENT INTO PAUL FRANKLIN'S

13   ROOM AND SAID, "WE WENT OVER THERE AND TOOK CARE OF IT."

14          THAT IS NOT WHAT THE RECORD WAS.  THE RECORD WAS

15   THAT MR. COATES WENT INTO PAUL FRANKLIN'S ROOM AND SAID, "ME

16   AND `SHORTY' TOOK CARE OF IT."  HE DIDN'T SAY, "WE WENT OVER

17   THERE."  AND THAT IS A VERY IMPORTANT POINT BECAUSE

18   BASICALLY THAT'S THE LINE OF DISTINCTION BETWEEN OUR

19   THEORIES AS TO WHAT HAPPENED.  SO I'D OBJECT TO THAT.

20          THE COURT:  WELL, THE JURY'S RECOLLECTION WILL

21   HAVE TO CONTROL ON THAT.

22          MR. KIERSH:  AND, AGAIN, I WOULD REITERATE MY

23   OBJECTION.  THE WHOLE TONE OF THE GOVERNMENT'S ARGUMENT --

24   THE WHOLE WAY IT WAS PRESENTED IN REBUTTAL WAS

25   BURDEN-SHIFTING.  AND MR. ZEIDENBERG, AS HE WAS ENDING, HE

1   SAID, "WELL, WHAT ELSE CAN THEY SAY?" SUGGESTING THERE IS

2   SOMETHING ELSE WE HAVE AN OBLIGATION TO SAY WHEN WE DON'T.

3   AND THEN MR. ZEIDENBERG SAID, "THERE IS NO EXPLANATION THEY

4   CAN GIVE YOU FOR THESE CRIMES."

5           WE DON'T HAVE TO GIVE THE JURY AN EXPLANATION FOR

6   ANYTHING.  I DIDN'T NEED TO MAKE A CLOSING ARGUMENT.

7           THE COURT:  HE HAS NEVER ONCE MENTIONED ANY

8   INFORMATION THAT CAME DIRECTLY FROM A DEFENDANT.  WHAT HE

9   DID WAS ADVERT TIME AND TIME AGAIN TO CLOSING ARGUMENTS THAT

10  YOU AND YOUR CO-COUNSEL MADE.  "THEY SAID."

11          MR. KIERSH:  BUT SUGGESTING THAT WE OWE THE JURY

12  AN EXPLANATION IN THE CONTEXT OF THE WAY THE REBUTTAL WAS

13  PUT TOGETHER AND THE WAY THE CHARTS WERE TITLED, "UNANSWERED

14  QUESTIONS" -- WE DON'T HAVE TO ANSWER ANY QUESTIONS, AND THE

15  JURY SHOULD BE INSTRUCTED THAT WE DON'T HAVE TO --

16  SPECIFICALLY INSTRUCTED --

17          THE COURT:  THEY WILL BE INSTRUCTED THEY DO NOT

18  HAVE THE BURDEN OF PROOF.  THE DEFENDANTS HAVE TO PROVE

19  NOTHING.

20          MR. KIERSH:  I WOULD SIMPLY ASK THE COURT, BEFORE

21  YOU GET INTO THE SUBSTANTIVE INSTRUCTIONS, BECAUSE THEY DO

22  GET COMBINED AND THEY ARE CONFUSING, AS WE ALL KNOW, THAT

23  THE COURT WOULD REMIND THE JURY, EVEN BEFORE YOU START

24  AGAIN, THAT WE HAVE NO BURDEN.  WE DON'T HAVE TO ANSWER

25  QUESTIONS.

1        THE COURT:  AS MY INSTRUCTIONS ARE CONSTRUCTED --

2  AND YOU SHOULD KNOW -- I GIVE THAT INSTRUCTION EARLY ON.

3        MR. KIERSH:  I WOULD ASK FOR IT TO BE THE FIRST

4  PART WHEN THE JURY COMES BACK OUT, JUST TO REMIND THEM.

5        AND, FINALLY, YOUR HONOR, GIVEN THAT

6  MR. ZEIDENBERG PLACED A GREAT DEAL OF EMPHASIS ON THE

7  COURT'S RACKETEERING INSTRUCTION -- HE SAID ALL THEY HAVE TO

8  DO IS PROVE AN ASSOCIATION IN FACT AND "GO AND RELY ON JUDGE

9  JACKSON -- WHAT HE IS GOING TO TELL YOU IN THE RACKETEERING

10  INSTRUCTION."

11        I WOULD, AGAIN, ASK THE COURT TO GIVE MY PROPOSED

12  INSERTION TO THE RICO INSTRUCTION, WHICH CITES CASE LAW FROM

13  THE SEVENTH CIRCUIT, WHICH GIVES MORE SPECIFIC INFORMATION.

14        THE COURT:  THAT WAS THE INSTRUCTION HAVING TO DO

15  WITH, QUOTE, STRUCTURE, CLOSE QUOTE?

16        MR. KIERSH:  YES.  YES.

17        THE COURT:  ALL RIGHT.  I DECLINE TO DO THAT.

18        MR. KIERSH:  VERY WELL.

19        MR. DAVIS:  YOUR HONOR, MAY WE ALL PUT OUR

20  OBJECTIONS ON THE RECORD VERY BRIEFLY?

21        THE COURT:  ALL RIGHT.

22        MR. DAVIS:  MR. KIERSH BEAT ME TO THE PUNCH, BUT I

23  THINK I SPEAK ON BEHALF OF ALL THE DEFENDANTS.  HE OBJECTED

24  WHEN MR. ZEIDENBERG WAS REFERENCING THE PLEA AGREEMENTS OF

25  COOPERATORS, CO-DEFENDANTS.

1   I WOULD OBJECT TO THAT, ALONG WITH MR. KIERSH AND

2   I IMAGINE EVERYONE ELSE, ON THE GROUNDS THAT IT APPEARED

3   THAT THE THRUST OF THE ARGUMENT WAS SINCE THE COOPERATORS

4   PLED GUILTY, THE OTHERS MUST BE GUILTY.  AND I OBJECT TO

5   THAT.  I AM NOT ARGUING THESE POINTS.  I JUST WANT THE

6   RECORD TO REFLECT OUR OBJECTION.

7          THE COURT:  WHAT'S OBJECTIONABLE ABOUT THAT?

8          MR. DAVIS:  WELL, I DON'T BELIEVE THAT THE JURY

9   CAN INFER THE GUILT OF MY CLIENT BASED ON THE FACT A

10  COOPERATOR PLED GUILTY TO A CONSPIRACY.  THAT'S THE --

11         THE COURT:  IT'S EVIDENCE FROM WHICH THEY CAN DRAW

12  AN INFERENCE THAT THE COOPERATORS CONCEDED THAT THEY DID

13  BELONG TO AN ORGANIZATION.

14         MR. DAVIS:  I GUESS THERE ARE DIFFERENT WAYS TO

15  INTERPRET IT, BUT I OBJECT TO WHAT I PERCEIVE TO BE THE

16  ARGUMENT THAT MY CLIENT MUST BE GUILTY OF CONSPIRACY BECAUSE

17  THE OTHERS ADMITTED THAT THERE WAS A CONSPIRACY.

18         THE COURT:  ALL RIGHT.  OVERRULED.

19         MR. DAVIS:  AND THERE ARE A COUPLE FACT-BASED

20  OBJECTIONS.  I WOULD JUST LIKE TO PUT THEM ON THE RECORD

21  REALLY QUICKLY.

22         NOVEMBER 15, 1995, MARTIN TURNING MONEY OVER TO

23  MR. HILL -- WE DO NOT BELIEVE THE EVIDENCE REFLECTS THAT.

24         MARCH 12TH OF 2001, MR. MONTGOMERY TESTIFIED AT

25  GREAT LENGTH ABOUT HOW HE WAS OUT TO AVENGE THE DEATH OF HIS

1  VERY CLOSE FRIEND, "SQUIRMY".  I GUESS HE HAD MADE A DEATH

2  PROMISE TO "SQUIRMY" THAT HE WOULD RETALIATE AGAINST L

3  STREET.

4          I THINK IT WAS ARGUED TO THE JURY THAT

5  MR. MONTGOMERY'S EFFORTS AT RETALIATING WERE BASED ON

6  MR. HILL'S SHOOTING.  AND WE THINK THAT'S INCONSISTENT WITH

7  THE EVIDENCE.

8          AND FOR WHAT IT'S WORTH, THE DON CORLEONE

9  ARGUMENT -- WE DON'T THINK IT HAS ANY BEARING OR RELEVANCY

10  IN THIS MATTER.

11          THE COURT:  ALL OF THOSE FACTS ARE SUPPORTED IN

12  THE EVIDENCE, OR AT LEAST ARE ARGUABLY INFERABLE FROM THE

13  EVIDENCE, AND IT'S A MATTER FOR THE JURY'S RECOLLECTION.

14          MS. NEGIN-CHRIST:  YOUR HONOR, ONE FACT-BASED

15  OBJECTION THAT WE HAD WAS THAT MR. ZEIDENBERG ARGUED THAT

16  THE REASON WHY SAM CARSON WOULD HAVE BEEN TALKING ABOUT THE

17  TRIPLE HOMICIDE TO EUGENE BYARS IN THE JAIL IN THE FIRST

18  WEEK OF JANUARY WAS BECAUSE THE SEARCH WARRANT HAD BEEN

19  EXECUTED.

20          I DON'T HAVE THE SEARCH WARRANT DATE WITH ME, BUT

21  I RECOLLECT THAT THE SEARCH WARRANT WAS NOT IN THOSE FIRST

22  FEW DAYS OF JANUARY.  AND, THEREFORE, THE SEARCH WARRANT

23  WOULD HAVE BEEN EXECUTED AFTER.  AND SO TO THE EXTENT THAT

24  THAT ARGUMENT IS FACTUALLY INCORRECT, I WOULD MAKE AN

25  OBJECTION TO THAT.

1          AND THE OTHER OBJECTION WITH RESPECT TO FACT IS

2     THAT IT'S BAD FAITH FOR MR. ZEIDENBERG TO ARGUE ABOUT THESE

3     JAIL RECORDS BECAUSE THE GOVERNMENT KNOWS PERFECTLY WELL --

4          THE COURT:  IT'S BAD FAITH TO ARGUE WHAT?

5          MS. NEGIN-CHRIST:  ABOUT THE JAIL RECORDS BEING

6     INACCURATE BECAUSE THE GOVERNMENT KNOWS PERFECTLY WELL WHEN

7     THESE DEFENDANTS WERE LOCKED UP.  AND FOR HIM TO ARGUE THAT

8     IT COULD BE SOME KIND OF A MISTAKE OF THE JAIL RECORDS THAT

9     MR. CARSON AND MR. MARTIN WERE NOT OUT ON THE STREET AT THE

10    SAME TIME IN 1997 IS A BAD-FAITH ARGUMENT BECAUSE THEY KNOW

11    PERFECTLY WELL THAT THOSE DATES ARE ACCURATE.

12          AND IT IS FURTHER BAD FAITH FOR THE GOVERNMENT TO

13    ARGUE THAT BECAUSE DEMETRIUS HUNTER WAS RELEASED TO A GROUP

14    HOME, THAT SHOWS THAT THE JAIL MAKES MISTAKES.

15          DEMETRIUS HUNTER WAS NOT AT THE JAIL.  THAT WAS A

16    JUVENILE FACILITY.  THAT HAS NOTHING TO DO WITH THE JAIL

17    RECORDS.  IT'S A COMPLETELY DIFFERENT OFFICE.

18    MR. ZEIDENBERG KNOWS THAT PERFECTLY WELL.  THE MISTAKE WAS

19    MADE AT OAKHILL.  IT WAS NOT MADE AT THE JAIL.

20          SO THOSE, WE BELIEVE, ARE BAD-FAITH ARGUMENTS ON

21    BEHALF OF THE GOVERNMENT.  THAT IS OUR OBJECTION.

22          THE COURT:  ALL RIGHT.  THOSE OBJECTIONS ARE

23    OVERRULED.

24          MS. HEPWORTH:  JOANNE HEPWORTH ON BEHALF OF JEROME

25    MARTIN.

1          WE PLACE ON THE RECORD THE OBJECTION TO

2   MR. ZEIDENBERG'S STATEMENT THAT PAUL FRANKLIN SAID THAT HE

3   GOT THE NAME OF A THIRD PERSON FROM JEROME MARTIN.  THAT IS

4   NOT THE TESTIMONY.  IT IS NOT IN THE RECORD.  AND WE OBJECT

5   TO THAT.

6          WE ALSO ASK THE COURT TO, IN CORRECTION OF THAT

7   OBJECTION, ADMONISH THE JURY THAT THE GOVERNMENT'S STATEMENT

8   IS NOT EVIDENCE AND THAT THEY WILL HAVE THE TRANSCRIPTS, AND

9   WE ASK THAT THE COURT ADVISE THEM TO REFER TO THE

10  TRANSCRIPTS IF THEY HAVE QUESTIONS ABOUT STATEMENTS AND

11  ARGUMENTS OF EITHER PARTY.

12         ALSO, I JOIN IN MR. HILL'S OBJECTION TO

13  MR. ZEIDENBERG'S RECITATION OF THE INCIDENT WITH OFFICER

14  ABDALLA AND THE MONEY HANDED OVER.  THAT OFFICER ABDALLA, IN

15  FACT, TESTIFIED THAT HE PAID THE MONEY TO VINCENT HILL, AND

16  THERE WAS VIDEOTAPE THAT INDICATED MR. HILL GIVING THE MONEY

17  TO MR. MARTIN.

18         THOSE ARE MY TWO OBJECTIONS.  I WOULD LIKE TO

19  APPROACH THE BENCH ON ANOTHER OBJECTION.

20         THE COURT:  THAT YOU DON'T WANT TO MAKE --

21         MS. HEPWORTH:  IN PUBLIC.

22         THE COURT:  DO YOU WANT TO MAKE IT EX PARTE?

23         MS. HEPWORTH:  NO.  NO.  I WANT TO MAKE IT AT THE

24  BENCH.

25         THE COURT:  VERY WELL.

1        (BENCH CONFERENCE.)

2        MS. HEPWORTH:  I OBJECT TO MS. CHATURVEDI'S

3   REFERENCE AND MR. ZEIDENBERG'S REFERENCE TO THE CHILDREN OF

4   "TEE-TEE" AND TERITA, WHO, MY UNDERSTANDING IS, ARE IN THE

5   COURTROOM.

6        I DID NOT WANT TO MAKE THAT REFERENCE ON THE

7   RECORD OUT OF RESPECT FOR THEM, BUT I BELIEVE THAT THAT WAS

8   IMPROPER FOR HER TO STATE THE NAMES OF THOSE CHILDREN, WHICH

9   ARE NOT IN EVIDENCE, TO THE JURY AND SAY THAT THAT'S WHY

10  THEY DON'T HAVE A MOTHER, OR THAT THOSE CHILDREN DON'T HAVE

11  A MOTHER.  I BELIEVE THAT THAT WAS TOTALLY IMPROPER.

12       AND I THOUGHT SO AT THE TIME.  I DID NOT WISH TO

13  INTERRUPT, BASED ON THE COURT'S ADMONITION.  I STATE FOR THE

14  RECORD THAT THOSE CHILDREN ARE IN THE COURTROOM AGAIN TODAY

15  AND THAT MR. ZEIDENBERG'S REFERENCE TO THE MOTHERS AND THE

16  CHILDREN IS AN IMPROPER APPEAL TO EMOTIONS.

17       MS. CHATURVEDI:  YOUR HONOR, FOR THE RECORD, THE

18  CHILDREN WERE IDENTIFIED BY NAME AND BY AGE BY OFFICER MACK,

19  BY CRYSTAL BOBBITT, AND BY RENEE BROWN AT THE TIME EACH OF

20  THOSE PEOPLE TESTIFIED ON THE WITNESS STAND.  CERTAINLY

21  THEIR NAMES ARE ALL IN THE RECORD.  THE REFERENCE IN THERE

22  WAS APPROPRIATE GIVEN THAT THE JURY HEARD EVIDENCE ABOUT

23  THOSE CHILDREN.

24       THE COURT:  ALL RIGHT.  THE OBJECTION IS

25  OVERRULED.

1        MR. KIERSH:  AND JUST TO SAVE TIME, I ALSO

2   NEGLECTED TO NOTE AN OBJECTION WHEN MR. ZEIDENBERG SAID THAT

3   THERE WAS $40,000.00 OF MR. SWEENEY'S THAT WENT TO LAWYERS

4   OVER A MATTER OF DAYS.  I THINK THE NUMBER WAS LESS.  IT WAS

5   ABOUT 30,000.  AND IT WAS NOT OVER A MATTER OF DAYS.

6        THE COURT:  AGAIN, THE JURY'S RECOLLECTION WILL

7   CONTROL.  AND THEY HAVE GOT THE DOCUMENTARY EVIDENCE WITH

8   RESPECT TO THE PAYMENT.

9        MR. KIERSH:  AND THE RECORD ALSO SHOWS THAT

10  MR. SWEENEY IS NOT CHARGED WITH MONEY-LAUNDERING.

11       THE COURT:  AND INSOFAR AS YOUR REQUEST WITH

12  RESPECT TO THE INSTRUCTION HAVING TO DO WITH TRANSCRIPTS,

13  THE JURY WILL BE TOLD THAT THEY WILL RECEIVE THE

14  TRANSCRIPTS.  BUT, ONCE AGAIN, THEY WILL BE TOLD THAT THEIR

15  RECOLLECTION IS PARAMOUNT.

16       MR. KIERSH:  VERY WELL.

17       (END OF BENCH CONFERENCE.)

18       THE COURT:  MR. JONES.

19       MR. JONES:  YOUR HONOR, FREDERICK JONES ON BEHALF

20  OF MR. COATES.  I WOULD JOIN IN WITH THE REST OF COUNSEL ON

21  THEIR OBJECTIONS.

22       YOUR HONOR, I WOULD ALSO LIKE TO POINT OUT THE

23  FACT THAT IN THAT REMARK THAT COUNSEL ZEIDENBERG HAS MADE

24  CONCERNING THE GLENN JENKINS CASE AND WHAT MR. COATES IS

25  ALLEGEDLY SUPPOSED TO HAVE SAID TO PAUL FRANKLIN -- HE SAID

1    THAT A NUMBER OF TIMES, YOUR HONOR.  AND IF YOU RECALL, THAT

2    IS --

3              THE COURT:  SAY AGAIN.  WHAT WAS IT?

4              MR. JONES:  IN OTHER WORDS, THIS IS WHEN

5    APPARENTLY SEAN COATES WAS SUPPOSED TO HAVE GONE TO THE

6    HOSPITAL TO SEE PAUL FRANKLIN AND SAID, "ME AND `SHORTY'

7    WENT OVER THERE AND TOOK CARE OF THAT."

8              THE COURT:  YES.

9              MR. JONES:  NOW, HE SAID THAT AT LEAST TWICE.  AND

10   IF THE COURT RECALLS, THAT IS THE ONLY EVIDENCE IN THIS CASE

11   THAT TENDS TO POINT TO SOMEONE COMMITTING THE CRIME.  AND

12   YOUR HONOR EVEN MENTIONED THE FACT, WHEN WE ASKED FOR A

13   M.J.O.A., THAT IT WAS VERY WEAK AS IT IS.  HE ADDED, "WE

14   WENT OVER THERE AND TOOK CARE OF THAT," YOUR HONOR.

15             THE COURT:  WELL, WE HAVE ALREADY ADDRESSED THAT.

16             MR. JONES:  YES, BUT I THINK MAYBE I WOULD ASK THE

17   COURT TO MAKE A SPECIAL ADDRESS TO THE JURORS AND ASK THEM

18   TO REMEMBER THAT IT'S THEIR RECOLLECTION THAT COUNTS.

19             THE COURT:  I WILL INSTRUCT THEM GENERALLY THAT IT

20   IS THEIR RECOLLECTION THAT COUNTS.  I DON'T INTEND TO DO

21   THAT WITH REFERENCE TO ANY SPECIFICS OF THE TESTIMONY.

22             MR. JONES:  WELL, IT IS JUST THAT IT WAS SUCH A

23   FLAGRANT VIOLATION, YOUR HONOR, AND GIVEN THE FACT THAT THAT

24   IS THE ONLY EVIDENCE, I THINK THAT IT PERHAPS DESERVES A

25   SPECIAL COMMENT.

1          THE COURT:  VERY WELL.  THAT REQUEST IS DENIED.

2          MR. ZUCKER:  YOUR HONOR, I WILL JOIN IN THE

3   OBJECTIONS OF THE CO-DEFENDANTS AND NOTE A SPECIAL OBJECTION

4   IN RELATION TO MR. PRICE.

5          ONCE AGAIN, AS THEY HAVE THROUGHOUT THE TRIAL,

6   MR. ZEIDENBERG GROUPED MR. PRICE IN WITH THE VIOLENCE.  HE

7   SAID, "THESE MEN HAD THE GUNS.  THEY HAD THE REIGN OF

8   TERROR.  THEY TOOK WHAT THEY WANTED.  THEY DID ALL OF THIS.

9   THEY KILLED PEOPLE."

10         MR. PRICE WAS NOT CHARGED WITH ANY OF THAT.

11         THE COURT:  I UNDERSTAND THAT, BUT I UNDERSTOOD

12   HIM AT ONE POINT TO SPECIFICALLY EXEMPT MR. PRICE FROM

13   ANYTHING BUT THE NARCOTICS CONSPIRACY.

14         MR. ZUCKER:  HE ACKNOWLEDGED AT ONE POINT IN HIS

15   ARGUMENT THAT PRICE WAS CHARGED ONLY WITH ONE CONSPIRACY --

16   WITH THE NARCOTICS CONSPIRACY, NOT THE RICO CONSPIRACY.  AND

17   THEN HE GROUPED THEM TOGETHER AT THE END, AGAIN DOING

18   NOTHING TO SEPARATE THEM OUT.  I RENEW MY MOTION FOR

19   SEVERANCE BASED ON THAT.

20         THE COURT:  ALL RIGHT.  THE MOTION FOR SEVERANCE

21   IS DENIED.

22         MR. ZUCKER:  YOUR HONOR, ALSO I HAVE REMAINING ONE

23   OBJECTION TO THE REVISION ON THE INSTRUCTIONS.  AND I HAVE

24   DRAWN IT TO YOUR CLERK'S ATTENTION.  IT APPEARS ON PAGE 51,

25   INSTRUCTION NUMBER 42.

1        THE COURT:  ALL RIGHT.  WHAT IS YOUR OBJECTION?

2        MR. ZUCKER:  IT'S IN THE -- I GUESS IT'S THE FIFTH

3   LINE FROM THE BOTTOM.  THE FIRST SENTENCE TALKS ABOUT GARY

4   PRICE'S CONSPIRACY, AND THE SECOND TALKS ABOUT THE REMAINING

5   CO-DEFENDANTS.

6        THE COURT:  I AM LOOKING ON PAGE 42.

7        MR. ZUCKER:  PAGE 51, INSTRUCTION NUMBER 42, THE

8   ONE ABOUT TWO INDICTMENTS.  IT'S THE ONE THAT SAYS --

9        THE COURT:  I WAS LOOKING AT PAGE 42.

10       MR. ZUCKER:  NO PROBLEM.  I WILL WAIT.

11       THE COURT:  ALL RIGHT.

12       MR. ZUCKER:  I OBJECTED TO IT BEFORE.  IT TALKS

13   ABOUT THE OTHER DEFENDANTS AND THEIR CHARGE OR THEIR

14   INDICTMENT, NUMBER 98-329.  IT SAYS, "INCLUDING

15   PARTICIPATION FROM 1988 UNTIL MARCH, '99 IN THE SAME

16   NARCOTICS CONSPIRACY CHARGED IN THE GARY PRICE INDICTMENT."

17       NOW, THAT IS, OBVIOUSLY, THE GOVERNMENT'S THEORY,

18   BUT THERE IS NOTHING IN THE TWO INDICTMENTS THAT SAYS IT'S

19   THE SAME CONSPIRACY.  I UNDERSTAND THAT IS THE GOVERNMENT'S

20   THEORY, BUT IT IS IMPROPER FOR THE JURY TO BE INSTRUCTED

21   THAT THE INDICTMENTS CHARGE THE SAME CONSPIRACY.

22       THE COURT:  THEY DO.

23       MR. ZUCKER:  THERE IS NOTHING ON THE PAPERS THAT

24   SAYS THEY ARE THE SAME CONSPIRACY.

25       THE COURT:  THE CONSPIRACIES AS DESCRIBED ARE

1   IDENTICAL.

2          MR. ZUCKER:  WELL, NO, THEY ACTUALLY ARE NOT,

3   JUDGE.  THEY ARE VERY DIFFERENT IN TIME AND OBJECTIVE AND IN

4   WHAT THEY DID.  BUT THE MORE IMPORTANT PART IS THE WAY THIS

5   INSTRUCTION IS WRITTEN AND WILL BE READ TO THE JURY, IT SAYS

6   THAT THE INDICTMENTS CHARGE THE SAME CONSPIRACY -- THAT THEY

7   REFERENCE EACH OTHER.  THEY DO NOT.

8          THE GOVERNMENT'S THEORY IS THAT THEY ARE ONE AND

9   THE SAME CONSPIRACY OR ONE IS OVERLAPPING WITH THE OTHER.

10  AND I UNDERSTAND THAT TO BE THE GOVERNMENT'S THEORY, BUT I

11  THINK IT IS IMPROPER TO INSTRUCT THE JURY THAT THE

12  INDICTMENTS SO CHARGE BECAUSE THE GRAND JURY NEVER MADE THAT

13  FINDING.  AND THEY, APPARENTLY, WERE NEVER ASKED TO.  IF YOU

14  LOOK AT THE TWO INDICTMENTS, THERE IS NOTHING IN THERE THAT

15  SAYS THEY ARE THE SAME.

16         THE COURT:  THEY DESCRIBE VIRTUALLY IDENTICAL

17  CONSPIRACIES.  I DON'T KNOW THAT THERE ARE ANY VERBAL

18  DIFFERENCES, WITH THE SOLE EXCEPTION OF THE DATES.

19         MR. ZUCKER:  WELL, ACTUALLY, WHEN YOU SAY THEY

20  DESCRIBE THE SAME CONSPIRACIES, THERE IS NOBODY REFERENCED

21  IN GARY'S PRICE INDICTMENT THAT SITS IN THE OTHER

22  CONSPIRACY -- IN THE OTHER INDICTMENT.  GARY PRICE IS NOT

23  REFERENCED IN THE 98-329 INDICTMENT.  SO, YES, THEY BOTH SAY

24  "NARCOTICS CONSPIRACY," BUT THAT'S THE ONLY SIMILARITY.

25         THAT IS TO SAY THE GOVERNMENT CAN TAKE EVERY

1  NARCOTICS CONSPIRACY INDICTMENT IN THIS COURTHOUSE AND SAY

2  THEY ARE THE SAME CONSPIRACY AS IF THE GRAND JURY MADE A

3  FINDING THAT THEY WERE THE SAME.

4        IN THIS INSTANCE, THEY WEREN'T.  THEY WERE CHARGED

5  SEPARATELY.  AND IF YOU LOOK AT THE TWO INDICTMENTS, THERE

6  IS NOTHING REFERRING ONE TO THE OTHER.  THERE IS AN OVERLAP

7  IN DATE, AND THERE IS AN OVERLAP IN MARIJUANA, AND NOTHING

8  ELSE.  AND IT IS IMPROPER FOR THE JURY TO BE INSTRUCTED THAT

9  WAY.

10        JUST AS A MATTER OF LOGIC, THERE IS NOTHING IN

11  98-329 THAT COULD HAVE REFERENCED THE 99-348 INDICTMENT WHEN

12  ISSUED BECAUSE THE 99-348 INDICTMENT DIDN'T EXIST.  IT'S

13  JUST THAT ONE CLAUSE, "INCLUDING PARTICIPATION."

14        THE COURT:  THEY ARE INDICTMENTS THAT THE

15  GOVERNMENT OBTAINED FROM THE GRAND JURY.  THE GOVERNMENT

16  SAYS THAT THE CONSPIRACIES CHARGED ARE IDENTICAL.

17        MR. ZUCKER:  RIGHT, BUT THE GRAND JURY NEVER MADE

18  A FINDING, AND THE INDICTMENTS DON'T REFLECT THAT.  THAT'S

19  THE WHOLE POINT.  THE GOVERNMENT'S THEORY IS THAT --

20        THE COURT:  I DON'T THINK THEY HAVE TO.

21        MR. ZUCKER:  VERY WELL.

22        AND NOT TO BE REDUNDANT, I WOULD NOTE MY OBJECTION

23  AGAIN TO BEING PRECLUDED FROM ARGUING THE RULE 35 VIOLATION

24  THAT IS IN EVIDENCE DURING MY CLOSING.

25        THE COURT:  FOR ONE THING, I AM NOT SURE THAT IT

1    IS A RULE 35 VIOLATION, AND THE PURPOSE YOU INTENDED TO USE

2    IT FOR, TO ATTRIBUTE SOME SINISTER AND NEFARIOUS MOTIVE TO

3    THE GOVERNMENT, WAS ENTIRELY IMPROPER.

4          MS. CHATURVEDI, DID YOU WANT TO SAY SOMETHING

5    ABOUT THE IDENTIFY OF THE CONSPIRACIES CHARGED IN THE TWO

6    INDICTMENTS?

7          MS. CHATURVEDI:  ALL I WANTED TO ADD IS THAT YOUR

8    HONOR FOUND, AS A MATTER OF LAW, BY JOINING MR. PRICE'S CASE

9    WITH THE REMAINING DEFENDANTS ON THE K STREET CASE, THAT AS

10   A MATTER OF LAW THEY WERE A PART OF THE SAME CONSPIRACY.

11         THAT MATTER WAS ADDRESSED ON LEGAL GROUNDS,

12   OBVIOUSLY, BEFORE THE JURY EVEN WAS BROUGHT IN.  AND SO THE

13   LANGUAGE THAT YOUR HONOR HAS IN THE INSTRUCTION IS ACCURATE.

14   AND THE JURY IS BEING ASKED, SIMPLY WITH RESPECT TO

15   MR. PRICE, TO FIND THAT HE IS A MEMBER OF -- WHETHER OR NOT

16   HE IS A MEMBER OF THE NARCOTICS CONSPIRACY AND TO RESTRICT

17   THEIR FINDINGS AS TO MARIJUANA ALONE.

18         THE COURT:  WELL, I DON'T KNOW WHETHER THE FACT

19   THAT I HAVE FOUND IT AS A MATTER OF LAW FORECLOSES THE

20   QUESTION.  MR. ZUCKER IS SIMPLY MAINTAINING HIS OBJECTION TO

21   THEIR HAVING BEEN JOINED.  BUT I SUPPOSE THE ANSWER WOULD BE

22   THAT IT IS THE LAW OF THE CASE AT THIS POINT.

23         MS. CHATURVEDI:  THAT WOULD BE MY POSITION, YOUR

24   HONOR.

25         THE COURT:  ALL RIGHT.  ALL RIGHT.  THANK YOU,

85

1    COUNSEL.

2          MR. ZEIDENBERG:  YOUR HONOR, I AM MAKING A PART OF

3    THE COURT RECORD -- ONE OF THE DEFENSE COUNSEL HAD ASKED

4    THAT THE DOCUMENTS THAT I WAS DISPLAYING FOR THE JURY BE

5    MADE A COURT EXHIBIT.

6          THE COURT:  YES.  THEY WILL BE COLLECTIVELY MARKED

7    AS WHATEVER THE NEXT COURT EXHIBIT IS IN SUCCESSION.

8          (WHEREUPON, AT 12:28 P. M., THE ABOVE-ENTITLED

9    MATTER WAS RECESSED FOR LUNCH.)

10

11                  CERTIFICATE OF REPORTER

12      THIS RECORD IS CERTIFIED BY THE UNDERSIGNED REPORTER TO

13   BE THE OFFICIAL TRANSCRIPT OF THE PROCEEDINGS INDICATED.

14

15                          PHYLLIS MERANA

16

17

18

19

20

21

22

23

24

25